IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-230

| | |
|---|---|
| CAMERON CAIN-BAARBÉ, *individually and as the representative of the* ESTATE OF ALEXANDER PINCZOWSKI; JAMES PALMER CAIN; and HELEN REVELLE CAIN; | ) ) ) ) ) |
| RON GREENFIELD; PNINA GREENFIELD; LIRON SHALOM GREENFIELD; SHERE GREENFIELD; GILI GREENFIELD; and SHYE GREENFIELD; | ) ) ) ) ) |
| CARYN OR TSADOK ORBACH and URI ORBACH, *individually and as the representatives of the* ESTATE OF EREZ ORBACH *and on behalf of their minor children* A.O., E.O., and O.O.; EITAN ORBACH; and ALON ORBACH; | ) ) ) ) ) ) ) ) |
| EYTAN YAIR RUND and TAMAR BRACHA RUND, *individually and on behalf of their minor children* S.A.R., H.H.R., and Y.M.R.; | ) ) ) ) |
| NITZACHYA GOLDMAN, *individually and as the representative of the* ESTATE OF AVRAHAM GOLDMAN; GILA NISSENBAUM; NATAN GOLDMAN; MAYA GOLDMAN COHEN; SHARON GOLDMAN NAJMAN; YOSEF GOLDMAN; ISRAEL GORENZKY; and TAMAR CHORESH; | ) ) ) ) ) ) ) ) |
| BEATRIZ GONZALEZ, *individually and as the representative of the* ESTATE OF NOHEMI GONZALEZ; JOSE HERNANDEZ; REY GONZALEZ; and PAUL GONZALEZ, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE SYRIAN ARAB REPUBLIC, | ) ) |
| Defendant. | ) |

# NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that the undersigned Robert J. Tolchin hereby enters a notice of special appearance as counsel for Plaintiffs in the above captioned matter, in association with Local Civil Rule 83.1(d) counsel, Kieran J. Shanahan of Shanahan Law Group, PLLC.

I certify that I will submit any document to Local Rule 83.1(d) counsel for review prior to filing the document with the Court.

This the 17 day of July, 2020.

**THE BERKMAN LAW OFFICE, LLC**

By:     */s/ Robert J. Tolchin*
Robert J. Tolchin, Reg. # 2546596
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Telephone: (718) 855-3627
rtolchin@berkmanlaw.com
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **Notice of Special Appearance** was filed this the 17 day of July, 2020 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System. Notice of this filing will be sent to the following party by first class ail and addressed as follows:

> The Syrian Arab Republic
> c/o Foreign Minister Walid al-Muallem
> Ministry of Foregin Affairs
> Next to al-Assad University Hospital
> Next to Presidency of the Council of Ministers Building
> Kafar Soussa, Damascus, Syria

      **THE BERKMAN LAW OFFICE, LLC**

By:    */s/ Robert J. Tolchin*
Robert J. Tolchin, Reg. # 2546596
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Telephone: (718) 855-3627
rtolchin@berkmanlaw.com
*Attorney for Plaintiffs*

*Local Rule 83.1 Counsel for Plaintiffs*
Kieran J. Shanahan, NCSB # 13329
Christopher S. Battles, NCSB # 42682
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
cbattles@shanahanlawgroup.com