IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-230-BO

| | |
|---|---|
| CAMERON CAIN-BAARBE, individually and as the representative of the ESTATE OF ALEXANDER PINCZOWSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE SYRIAN ARAB REPUBLIC,<br><br>Defendant. | **ORDER** |

This matter is before the Court on the Affidavit Requesting Foreign Mailing [DE-41] filed by plaintiffs, wherein Plaintiffs request that the clerk of court mail a copy of the of the summons and complaint to Defendant pursuant to 28 U.S.C. § 1608(a)(3).

The request is GRANTED, and the clerk is directed to address and dispatch the documents required by § 1608(a)(3) to the head of the ministry of foreign affairs of the Syrian Arab Republic at the address specified in Plaintiffs' Affidavit [DE-41]. To effectuate this, Plaintiffs are DIRECTED to mail or hand-deliver to the clerk the following:

(1) one copy of the complaint, summons, and all other documents filed at the time this case was opened;

(2) the notice of suit required by 28 U.S.C. § 1608(a)(3);

(3) a translation of each document in paragraphs (1) and (2) into the official language of the Syrian Arab Republic;

(4) one DHL envelope or box of a sufficient size to mail the aforementioned documents;

(5) one DHL International Shipment Waybill, which should be blank except for the Payer Account Number, which must be provided by counsel for Plaintiffs.

Plaintiffs counsel may contact the civil case manager for the undersigned to arrange for delivery of the documents. Plaintiffs remain responsible for filing proof of service.

SO ORDERED, this the __21__ day of August, 2020.

                                                          TERRENCE W. BOYLE
                                                         Chief United States District Judge

2

Case 5:20-cv-00230-BO   Document 42   Filed 08/21/20   Page 2 of 2