**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO. 5:20-CV-230-BO**

| | |
|---|---|
| CAMERON CAIN-BAARBÉ, *individually and as the representative of the* ESTATE OF ALEXANDER PINCZOWSKI; JAMES PALMER CAIN; and HELEN REVELLE CAIN; | ) ) ) ) ) |
| RON GREENFIELD; PNINA GREENFIELD; LIRON SHALOM GREENFIELD; SHERE GREENFIELD; GILI GREENFIELD; and SHYE GREENFIELD; | ) ) ) ) ) |
| CARYN OR TSADOK ORBACH and URI ORBACH, *individually and as the representatives of the* ESTATE OF EREZ ORBACH *and on behalf of their minor children* A.O., E.O., and O.O.; EITAN ORBACH; and ALON ORBACH; | ) ) ) ) ) ) ) |
| EYTAN YAIR RUND and TAMAR BRACHA RUND, *individually and on behalf of their minor children* S.A.R., H.H.R., and Y.M.R.; | ) ) ) ) |
| NITZACHYA GOLDMAN, *individually and as the representative of the* ESTATE OF AVRAHAM GOLDMAN; GILA NISSENBAUM; NATAN GOLDMAN; MAYA GOLDMAN COHEN; SHARON GOLDMAN NAJMAN; YOSEF GOLDMAN; ISRAEL GORENZKY; and TAMAR CHORESH; | ) ) ) ) ) ) ) ) |
| BEATRIZ GONZALEZ, *individually and as the representative of the* ESTATE OF NOHEMI GONZALEZ; JOSE HERNANDEZ; REY GONZALEZ; and PAUL GONZALEZ, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE SYRIAN ARAB REPUBLIC, | ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Christopher S. Battles ("Mr. Battles") formerly of Shanahan Law Group, PLLC, counsel to Plaintiffs, and hereby moves the Court to withdraw as counsel for Plaintiffs. In support of his motion, Mr. Battles shows the Court as follows:

1.      Mr. Battles entered his appearance on June 2, 2020 as counsel for Plaintiffs.[ECF No.36]

2.      Mr. Battles left the firm of Shanahan Law Group, PLLC and the above captioned matter will continue to remain with Shanahan Law Group, PLLC and The Berkman Law Office, PLLC. As such, Kieran J. Shanahan and Robert J. Tolchin will remain as counsel for Plaintiffs.

3.      Default was entered against Defendant The Syrian Arab Republic on February 25, 2022. [ECF No. 55]

4.      This motion is made in good faith and will not be prejudicial to any parties or delay the proceedings.

WHEREFORE, Mr. Battles prays the Court to grant his withdrawal as counsel for Plaintiffs.

This the 26th day of July, 2022.

**SHANAHAN LAW GROUP, PLLC**

By:         */s/ Christopher S. Battles*
               Kieran J. Shanahan, NCSB# 13329
               Christopher S. Battles, NCSB# 42682
               128 E. Hargett Street, Suite 300
               Raleigh, North Carolina 27601
               Telephone: (919) 880-8258
               kieran@shanahanlawgroup.com
               cbattles@shananlawgroup.com
               *Local Rule 83.1 Counsel*
               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Motion to Withdraw as Counsel** was electronically filed this 26th day of July, 2022 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System. A copy has been placed in the United States Mail, First Class, postage prepaid and addressed as follows:

> The Syrian Arab Republic
> c/o Foreign Minister Walid al-Muallem
> Ministry of Foreign Affairs
> Next to al-Assad University Hospital
> Next to Presidency of the Counsel of Ministers Building
> Kafar Soussa, Damascus Syria

**SHANAHAN LAW GROUP, PLLC**

By: _____/s/ Kieran J. Shanahan_____
Kieran J. Shanahan, NCSB# 13329
Christopher S. Battles, NCSB# 42682
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 880-8258
kieran@shanahanlawgroup.com
cbattles@shanahanlawgroup.com
*Local Rule 83.1 Counsel*
*Attorney for Plaintiffs*

*Of counsel:*
Robert J. Tolchin, NY Reg.# 2546596
The Berkman Law Office, PLLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
Telephone: (718) 855-3627
rtolchin@berkmanlaw.com