UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
CASE NO. 5:20-CV -230

------------------------------------------------------------------- X

CAMERON CAIN BAARBÉ, *et al.*,

                               Plaintiffs,

            -against-

THE SYRIAN ARAB REPUBLIC,

                               Defendant.

------------------------------------------------------------------- X

## **EXPERT DECLARATION OF MICHAEL SOUDRY, M.B.A.**

**MICHAEL SOUDRY, M.B.A.**, pursuant to 28 U.S.C. § 1746, subject to the penalties for perjury of the United States of America, declares as follows

1.     I am a forensic economist.

2.     I have been retained by the Plaintiffs in the above-captioned matter to provide economic expert opinion regarding the plaintiffs herein.

3.     I have no personal or professional relationship with any party in this case that would prevent me from providing impartial testimony in this matter. I am being compensated $3,400 for my evaluation and preparing my report and this declaration.

4.     My full *curriculum vitae* ("CV") is attached hereto as Exhibit A. It contains an accurate recitation of my training, experience, and credentials.

5.     I have prepared reports regarding my evaluation of Plaintiffs Ron Greenfield, Nohemi Gonzalez, and Erez Orbach, each of which is true to the best of my own knowledge and belief. Those reports are attached hereto as follows:

     Exhibit B              -          Ron Greenfield

Exhibit C	-	Nohemi Gonzalez

Exhibit D	-	Erez Orbach

6.	I declare under the penalties for perjury of the United States of America that the foregoing statements, and the statements contained in my CV and my reports are true and correct.

Dated:   March 21, 2023

*Michael Soudry*
Michael Soudry, M.B.A.

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed this the 28th day of March 2023 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System.

        **SHANAHAN LAW GROUP, PLLC**

By:    */s/ Kieran J. Shanahan*
Kieran J. Shanahan, NCSB # 13329
128 E. Hargett Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
*Local Rule 83.1 Counsel*
*Attorney for Plaintiffs*

Robert J. Tolchin, NY Reg.# 2546596
The Berkman Law Office, PLLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
Telephone: (718) 855-3627
rtolchin@berkmanlaw.com
*Attorney for Plaintiffs*