

A Division of Marcum LLP

# Michael Soudry, M.B.A.
*Forensic Economist*

**EDUCATION**:

| | |
|---|---|
| 1991-1993 | MASTER OF BUSINESS ADMINISTRATION with a major in Finance |
| | Hebrew University of Jerusalem |
| 1987-1990 | B.A. in Economics |
| | Hebrew University of Jerusalem |

**EXPERIENCE**:

2022 – Present ECO-STAT / MARCUM LLP
2000 – 2022   ECO-STAT LLC / FRIEDMAN LLP
1995 – 2000   ECO-STAT CORP.
*Forensic Economist*

- Advise attorneys and insurance companies on the extent of economic loss in matters relating to: personal injury, wrongful death, life care plan costs, wrongful termination, business interruptions and statistical analysis.
- Prepare economic loss reports for matters to be tried in New York Supreme, New Jersey Superior, and Federal District Courts.
- Critically analyze reports prepared by other economists, and the economic content of reports prepared by vocational experts, certified public accountants, and actuaries.
- Provide expert witness testimony.
- Prepared more than 150 economic loss reports for the September 11 Victim Compensation Fund and appeared in over 50 hearings.

1993-1995   ISRAELI ECONOMIC MISSION, New York, NY
*Economist, Assistant Fiscal Officer, Ministry of Finance*

- Collected and analyzed data on the Israeli and U.S. economies and financial markets. Provided specialized economic information on Israel to investment banking firms, researchers, and the general public.
- Created a financial model to determine the best structure for a bond issue.
- Compared bids by investment banks for bond issues.
- Assisted Fiscal Director with the financial aspects of projects including budgeting and accounting, approved bills for payment and the evaluation for a consulate relocation site.

1991-1993   ISRAELI BUREAU OF STATISTICS, PRIME MINISTER'S OFFICE, Jerusalem, Israel
*Economist/Researcher*

- Analyzed monthly and annual data on sales, balance sheets, inventory, employment, productivity, and R&D expenditures from 2,000 companies.
- Computerized data collection system to increase survey efficiency.
- Prepared detailed survey questionnaires annually to collect data on Israeli industry.

730 3rd Avenue ▪ 11th Floor ▪ New York, NY 10017 ▪ **Phone** 212-842-7695
100 Eagle Rock Avenue ▪ Suite 200 ▪ East Hanover, NJ 07936 ▪ **Phone** 973-929-3532
www.ecostat.com

Case 5:20-cv-00230-BO   Document 76-1   Filed 03/28/23   Page 1 of 5

**PROFESSIONAL ASSOCIATIONS AND ACTIVITIES**:

February 24, 2017 - Discussant at the 43rd Annual Eastern Economic Association Conference, New York City

February 9, 2016 – Inns of Court, Bergen Court Superior Court, mock trial economic expert testimony

February 28, 2015, Discussant at the 41st Annual Eastern Economic Association Conference, New York City

April 19, 2013, Speaker at the New Jersey Association for Justice, Boardwalk Seminar 2013, Panel Discussion – Economic Damages

November 21, 2011, Speaker at the New Jersey Institute for Continuing Legal Education Seminar, Iselin New Jersey: Economist view in Wrongful Death and Survivorship Actions

February 25, 2011, Discussant at the 37th Annual Eastern Economic Association Conference, New York City

February 27, 2010, Discussant at the 36th Annual Eastern Economic Association Conference, Philadelphia

March 8, 2008, Discussant at the 34th Annual Eastern Economic Association Conference, Boston

March 4, 2005, Discussant at the 31st Annual Eastern Economic Association Conference, New York City

April 10, 2003, Presenter at the Federal Victim Compensation Fund Training for the Association of the Bar of the City of New York

September 10, 2002, was quoted in the Bloomberg News article, "Orphaned Boys Challenge Sept. 11 Fund Over $2.3 Million Loss"

April 2000, Presenter of "Comparisons of Wage and Non-Wage Recoverable Losses" to attorneys

March 1997, Presenter of "Evaluation of Job Maintenance Expenses as Distinct from Personal Consumption" for the Annual Convention of the American Academy of Economic and Financial Experts

Member of: The Eastern Economic Association; The American Academy of Economic and Financial Experts; and the National Association of Forensic Economics

**PUBLICATION**
"Breach of Contract – Lost Profit Damages", Friedman LLP Forensic Matter & NJSCPA website
"The Role of a Forensic Economist in Litigation Matters" Friedman LLP Forensic Matter, Fall 2005
"Assisting Victims of 9/11", Friedman LLP Forensic Matters, Summer 2004



**A Division of Marcum LLP**

# Michael Soudry's Trial and Arbitration History 2016 – 2022

| Court | Case Name |
|---|---|
| **2022** | |
| Supreme Court (Rockland County, NY) – Judge Rolf Thorsen | Theodore Best |
| Supreme Court (Union County, NJ) – Judge John G. Hudak | Emma Wahlig |
| Superior Court (Morris County, NJ) – Judge Robert J. Brennan | Abdelhadi Fanane |
| Supreme Court (Queens County, NY) – Judge Kevin J. Kerrigan | Ruby Larkin |
| **2020** | |
| American Arbitration Association (Manhattan, NY) | Deborah Rose Stine |
| Superior Court (Bergen County, NJ) – Judge Bishop-Thompson | Patricia Spencer |
| American Arbitration Association (Manhattan, NY) | Teresa Principe |
| JAMS Arbitration (Manhattan, NY) | James C. Nannos |
| **2019** | |
| Superior Court (Bergen County, NJ) – Judge Christina A. Farrington | Ronnie Soto |
| Superior Court (Morris County, NJ) – Judge Peter A. Bogaard | Douglas Fernandez |
| Superior Court (Hudson County, NJ) – Joseph V. Isabella | Nadia Assad |
| Supreme Court (Bronx, NY) – Judge Donald Miles | Nasaiah Patterson |
| Superior Court (Monument County, NJ) – Judge Kathleen A. Sheedy | Zdenka Novakova |
| Superior Court (Middlesex County, NJ) – Judge Patrick J. Bradshaw | Philip Pantano |
| **2018** | |
| Superior Court (Bergen County, NJ) – Judge Charles E. Powers, Jr. | Lauren Romer |
| Superior Court (Bergen County, NJ) – Judge John O'Dwyer | Willie Harris |
| Supreme Court (Rockland County, NY) – Judge Paul I. Marx | Sean Diller |
| Supreme Court (New York County, NY) – Judge John Kelley | George Morris |
| Supreme Court (Westchester County, NY) – Judge David Everret | Corey Cooley |
| Superior Court (Union County, NJ) – Judge Camille Kenny | Marisha Tedder |
| Supreme Court (Bronx, NY) – Judge Donna Mills | Charles Foster |
| Federal Court (Brooklyn, NY) – Judge Cheryl L. Pollack | John Kalyna |
| Supreme Court (Queens County, NY) – Judge Cherree Buggs | Joshua Kim |
| **2017** | |
| Superior Court (Camden County, NJ) | Margaret Yatauro |
| Superior Court (Ocean County, NJ) – Judge James Den Uyl | Kathleen Hanford |
| Superior Court (Hudson County, NJ) – Judge Joseph A. Turula | Saydee Figuroa |
| Supreme Court (Bronx, NY) – Judge Joseph E. Capella | Angel Martinez |
| American Arbitration Association (Manhattan, NY) | Bretton Weiss |
| Superior Court (Bergen County, NJ) – Judge Powers | Johnnie Mozingo |
| Supreme Court (Westchester County, NY) – Judge David Everret | Noah Smith |
| Supreme Court (Queens County, NY) – Judge Jackman Brown | Matthew Abreu |
| Federal Court (Central Islip, New York) – Judge Leonard D. Wexler | John Cronin |
| Superior Court (Morris County, NJ) – Judge David H. Ironson | Alice Heimall |
| **2016** | |
| Superior Court (Bergen County, NJ) - Judge Estela De La Cruz | Margaret Cogan |
| Supreme Court (Dutchess County, NY) – Judge Maria Rosa | Robert Johnson |
| Superior Court (Middlesex County, NJ) – Judge Joseph Rea | Kevin Stewart |
| Supreme Court (Nassau County, NY) – Judge George Peck | Robin Miller |
| Supreme Court (Queens County, NY) – Judge Kerrigan | Lidiamarie Frias |
| Supreme Court (Rockland County, NY) – Judge Garvey | Abigail Bergling |
| Superior Court (Bergen County, NJ) - Judge Estela De La Cruz | Santa Mallon |
| Supreme Court (Kings County, NY) – Judge Graham | Guevara |
| Superior Court (Bergen County, NJ) - Judge Estela De La Cruz | Stephen Whittaker |
| U.S. District Court, Eastern District of New York – Judge Ramon E. Reyes | Mohammed Soliman |

730 3rd Avenue • 11th Floor • New York, NY 10017 • **Phone** 212-842-7695
100 Eagle Rock Avenue • Suite 200 • East Hanover, NJ 07936 • **Phone** 973-929-3532
www.ecostat.com



**Michael Soudry's Deposition History 2018 - 2022**

**2022**
Carlos Reyes v. Jet Aviation (Bergen County, New Jersey)
Edward S. Stein v. The Miller Center, et al (Essex County, New Jersey)
Sanjay Paraskar v. Genpacy, LLC (Essex County, New Jersey)
Martin Crevina v. Benjamin Acker, et al (Bergen County, New Jersey)
Digna Medina v. Cara McGuinness, et al (Bergen County, New Jersey)
Fatima Hijazi v. Anthony Passannante, M.D., et al (Bergen County, New Jersey)
Jed Goldfarb v. David Solimine (Essex County, New Jersey)
Vincent Hager v. Howard D. Popper (Morris County, New Jersey)
Ngozi C. Okoronkwo v. William W. Hancock, et al. (Essex County, New Jersey)
Carl Calaciura v. James A. Sanfilippo, M.D., et al (Camden County, New Jersey)
Patricia M. Tetro v. The Jewish Home at Rockleigh, et al (Bergen County, New Jersey)
Steven Berhang v. Cory A. Golloub, M.D., et al (Morris County, New Jersey)
Silvia Luna-Iglesia v. Care Finders Total Care (Middlesex County, New Jersey)

**2021**
William Richardson v. FCA US LLC, et al. (United States District Court, Southern District of New York)
Estate of Joseph Taylor v. Margarita T. Camacho, M.D. et al. (Essex County, New Jersey)
Albert Fischetta v. Drs. Christina Gillepie, Parul J. Mehta and Yung I. Park (Ocean County, New Jersey)
Thomas Sidik v. Roya; Sovereign International, Inc., et al. (County of Suffolk, Supreme Court of the State of New York)
Estate of Richard O'Brian v. Maria Chirino, M.D., (Union County, Superior Court of New Jersey)
Estate of Mo Ching Wong v. Peter Cridge, et al. (Middlesex County, Superior Court of New Jersey)
Zakou Ide Nouhou v. Sarika Maneshwari (Essex County, Superior Court of New Jersey)
Jonathan Dossantos v. John Langenfeld (Middlesex County, Superior Court of New Jersey)
Paola Margarita Dilone v. David Principe, M.D. et al (Hudson County, Superior Court of New Jersey)
Estate of Jose Patricio Quindi v. Farmah Construction Management (Essex County, Superior Court of New Jersey)
Richard Lipowski v. Noble Construction (Hudson County, Superior Court of New Jersey)
Patricia Papasso v. Dr. Kent Lerner (Hudson County, Superior Court of New Jersey)

**2020**
Rosemaire Ignatowicz v. Care One, et al. (Monmouth County, New Jersey)
Joe Williams v. Jersey City Medical Center, et al. (Hudson County, New Jersey)
Janice Johnston v. Kean University (Union County, New Jersey)
Jennifer Malucelli v. Susan McManus, MD, et al. (Middlesex County, New Jersey)
Estate of Gary Mioli v. Kenneth Levitsky, M.D., et al. (Bergen County, New Jersey)
Erik San Elias Sierra v. H&S Construction & Mechanical (Essex County, New Jersey)
Steve Alasi v. Mortagua (Bergen County, New Jersey)
Brooklyn Williams v. Karen Koscica, M.D. et al. (Essex County, New Jersey)
Thierry Verhaegen v. Munich Reinsurance America (Mercer County, New Jersey)
Gabriel Paul v. St. Mary's Hospital (Essex County, New Jersey)
Salvatore Fischetta v. 848-850 Summer Ave., LLC (Bergen County, New Jersey)
Paul Ngai v. Urban Outfitters, Inc. (United States District Court for the Eastern District of Pennsylvania)

**2019**
Donna Gemma v. Bruce Puglisi, et al. (Monmouth County, New Jersey)

730 3rd Avenue ▪ 11th Floor ▪ New York, NY 10017 ▪ **Phone** 212-842-7695
100 Eagle Rock Avenue ▪ Suite 200 ▪ East Hanover, NJ 07936 ▪ **Phone** 973-929-3532
www.ecostat.com

Case 5:20-cv-00230-BO   Document 70-1   Filed 03/28/23   Page 4 of 5

Jose Morillo v. University Hospital, et al. (Essex County, New Jersey)
Thomas Woods. v. Warren L. Maresca, et al. (Passaic County, New Jersey)
Brett Lyness v. Chilton Memorial Hospital, et al. (Essex County, New Jersey)
Miriam Gonzalez v. United States of America (United States District Court, Southern District of New York)
Estate of Brian R. Bea v. Princeton Healthcare System, et al. (Middlesex County, New Jersey)
Shaefer v. New York Community Bancorp (United States Department of Labor)
Estate of Pomeo Rivera v. Jersey City Medical Center (Hudson County, New Jersey)
Christine Reiss v. Warren Medical Condo Assoc. (Somerset County, New Jersey)
Noah Ocasio v. St. Barnabas Medical Center (Essex County, New Jersey)
Estate of Marie Horvath v. Regina Alegre-Gomez, et al. (Middlesex County, New Jersey)
Patricia Spencer v. Tamaron Associates, Inc. (Bergen County, New Jersey)
Estate of Richard S. Cohn v. Ashish Patel, MD, et al. (Monmouth County, New Jersey)
Estate of David Maida v. Mark Widmann, MD, et al. (Union County, New Jersey)
Jan H. Brown v. Douglas J. Borkowski, MD, et al. (Bergen County, New Jersey)
Estate of Jose Israel Gonzalez v. Howard Hessler, MD, et al. (Bergen County, New Jersey)

**2018**
Corinne Carrino v. LIU (Ocean County, New Jersey)
Nieves-Lalama v. State of New Jersey, et al. (Passaic County, New Jersey)
John Gelmi v. The Hartz Group (Union County, New Jersey)
Bonnie Feikes v. KapStone, Inc. (United States District Court, District of New Jersey)
Edward Maguire v. Consolidated Rail Corporation (Monmouth County, New Jersey)
Richard W. Scott v. Kareemah N. Heard, et al. (Middlesex County, New Jersey)
Gloria Gaddie v. Ilia Segal, MD (Essex County, New Jersey)
Raymond Farrell v. Wilfredo Aviles et al. (Middlesex County, New Jersey)
Rachel Johns v. Mark Kharkover, MD (Union County, New Jersey)
Alan Fernando Reyes v. Paula M. Barcia, MD (Essex County, New Jersey)
Robert L. Francis v. Town Medical Associates (Passaic County, New Jersey)
Jeffrey J. Seo v. NJ Transit Corp (Essex Country, New Jersey)
Philip Pantano v. New York Shipping Association (Middlesex County, New Jersey)
Leo Daiuto v. Evolve Guest Controls, LLC (United States District Court, Eastern District of New York)

730 3rd Avenue ▪ 11th Floor ▪ New York, NY 10017 ▪ **Phone** 212-842-7695
100 Eagle Rock Avenue ▪ Suite 200 ▪ East Hanover, NJ 07936 ▪ **Phone** 973-929-3532
www.mecostat.com

Case 5:20-cv-00230-BO   Document 70-1   Filed 03/28/23   Page 5 of 5