

# ANALYSIS OF THE ECONOMIC LOSS TO

# RONALD GREENFIELD

**March 21, 2023**

100 Eagle Rock Avenue ■ Suite 200 ■ East Hanover, NJ 07936 ■ **Phone** 973-929-3532
730 3rd Avenue ■ 11th Floor ■ New York, NY 10017 ■ **Phone** 212-842-7695

www.ecostat.com

# **SUMMARY**

In our analysis of this matter, we find the present value of Mr. Ronald Greenfield's economic loss, as a result of his injury on March 19, 2016, to be ₪ **870,621** (New Israeli Shekel), or **$237,875** (U.S. Dollars), at the exchange rate of $1 USD to ₪3.66 NIS as of the time of this written report.

In calculating the above-noted expected economic loss, we assume that Mr. Greenfield will continue to reside in Israel and, had he not been injured, would have continued be employed as a bookkeeper, or in a similar occupation, throughout his expected worklife.

Any unreimbursed expenses incurred or to be incurred by Mr. Greenfield, such as for medical treatments, are not included in our economic analysis.

We reserve the right to amend this report, upon request, should we be presented with any new relevant information that would have a material effect on our analysis.

# ECONOMIC REPORT

At the request of Megan Marchick Le, Esq., of The Berkman Law Office, LLC, we have projected Mr. Ronald Greenfield's economic loss as a result of his injury on March 19, 2016.

# BACKGROUND

In connection with the above request, and by using standard economic and statistical references as well as current data sources, we learned the following information, all of which we assume to be true:

> Ronald Greenfield was born on December 5, 1956.
>
> Ronald was injured on March 19, 2016, during a terrorist attack in Istanbul, Turkey. At that time, he was 59.3 years old.
>
> At the time of his injury, Mr. Greenfield was employed as a bookkeeper by Gordon Gas and Chemical Company. He is a U.S. and Israeli citizen and has been residing in Israel since he was 12 years old.
>
> Mr. Greenfield's statistical life expectancy at the time of his injury was an additional 24.1 years to the year 2040.3, at which time he will be 83.4 years old [Source: Israel Central Bureau of Statistics. Complete Life Tables of Israel 2015 -2019, Publication No. 1833, July 2021. Table 1 Total Population – Males, Page 18].

## RONALD GREENFIELD'S PROJECTED EARNINGS

Based on the information presented to us, and by using standard economic and statistical references as well as current data sources, we analyze and assess the following economic expectancies:

**Earnings.** Mr. Greenfield earned ₪243,120 in 2014, and ₪131,853 in 2015 (New Israeli Shekel) [Source: Mr. Greenfield's Wage Tax Statements]. In U.S. dollars at an exchange rate of 1 USD to 3.66 NIS, Mr. Greenfield earned $66,426 in 2014 and $36,025 in 2015. We establish Mr.

Greenfield's earnings had he not been injured to be ₪131,853 per year, based on his earnings in 2015.

**Wage Growth Rate.** The following table shows the average wage growth rate in Israel from 2016 through 2021.

| Year | Wage Growth Rate |
|------|------------------|
| 2016 | 2.2% |
| 2017 | 3.0% |
| 2018 | 3.5% |
| 2019 | 2.9% |
| 2020 | 6.5% |
| 2021 | 2.3% |

Source: Israel Central Bureau of Statistics. Statistical Abstract of Israel 2016 through 2021. Employee Jobs, Wages and Average Wages Per Employee Job. Table 9.35 (percent calculated by author)

We apply the above wage growth rates to Mr. Greenfield's wages from 2016 through 2021, and thereafter we apply an average of 3.4% per year, the average growth rate from 2016 through 2021.

**Statistical Unemployment.** We reduce Mr. Greenfield's earnings for periods of statistical unemployment at the rate of 5.1% per year, based on the average unemployment rate in the last ten years in Israel [Source: Israel Bureau of Labor Statistics. Statistical Abstract of Israel 2012 through 2021. Unemployed Persons as Percent of Labor Force Table 9.23].

**Taxes.** We reduce Mr. Greenfield's earnings by a tax rate of 22.3% per year throughout his worklife for income taxes and payroll taxes [Source: Government of Israel Minister of Finance, Income Tax Brackets, Social Security and Health Insurance, January 2022. https://www.gov.il/BlobFolder/reports/press-income-tax-brackets/he/ SalaryDataDetails_tax_bracket_2022.pdf].

**Relevant Time Period.** The table that follows shows the annual and cumulative present value of Mr. Greenfield's lost earnings from March 19, 2016, the date of his injury, to his 67th birthday,

the age at which he would have been eligible for full Israel Social Security retirement benefits [Source: Israeli National Insurance Institute, www.btl.gov.il.].

## THE VALUE OF MR. RONALD GREENFIELD'S LOST EARNINGS

| YEAR | | AGE | WAGES | UNEMPLOYMENT EFFECTS | TAXES | ANNUAL LOSS | CUMULATIVE LOSS |
|---|---|---|---|---|---|---|---|
| **Pre-Trial Losses:** | | | | | | | |
| 2016 | -a | 60 | ₪ 105,108 | ₪ 5,361 | ₪ 22,244 | ₪ 77,504 | ₪ 77,504 |
| 2017 | | 61 | 138,796 | 7,079 | 29,373 | 102,345 | 179,848 |
| 2018 | | 62 | 143,654 | 7,326 | 30,401 | 105,927 | 285,775 |
| 2019 | | 63 | 147,820 | 7,539 | 31,283 | 108,999 | 394,774 |
| 2020 | | 64 | 157,429 | 8,029 | 33,316 | 116,084 | 510,857 |
| 2021 | | 65 | 161,049 | 8,214 | 34,082 | 118,753 | 629,611 |
| 2022 | | 66 | 166,623 | 8,498 | 35,262 | 122,863 | 752,474 |
| 2023 | -b | 67 | 71,787 | 3,661 | 15,192 | 52,933 | 805,407 |
| **Expected Post-Trial Losses:** | | | | | | | |
| 2023 | -c | 67 | 88,441 | 4,510 | 18,717 | 65,214 | 65,214 |

Pre-trial cumulative losses of ₪ 805,407, plus post-trial cumulative losses of ₪ 65,214, equal ₪ 870,621

**NOTES:**

**a-** Lost earnings since March 19, 2016, the date of Mr. Greenfield's injury
**b-** Based on an assumed trial date of June 1, 2023
**c-** Expected lost earnings to Mr. Greenfield's retirement age of 67

# CONCLUSION

From our economic analysis of the information presented to us, we find Mr. Ronald Greenfield's lost earnings as a result of his injury on March 19, 2016, to be ₪ **870,621** (New Israeli Shekel), which in U.S. dollars is equal to **$237,875**.

_Michael Soudry_ (signature)

Michael Soudry, M.B.A.
Michael.Soudry@Marcumllp.com

 

**מדינת ישראל**
**STATE OF ISRAEL**

# COMPLETE LIFE TABLES OF ISRAEL 2015–2019

Publication No. 1833
www.cbs.gov.il

**JERUSALEM, JULY 2021**

Case 5:20-cv-00230-BO   Document 76-2   Filed 03/28/23   Page 7 of 8

**TABLE 1. COMPLETE LIFE TABLE OF ISRAEL: TOTAL POPULATION – MALES 2015-2019**

לוח 1. לוח תמותה שלם של ישראל: כלל האוכלוסייה – זכרים

| | Life expectancy | | | Survivors at age x | Probability of death | | | | Age |
|---|---|---|---|---|---|---|---|---|---|
| Confidence interval | | Standard deviation | $e_x$ | $l_x$ | Confidence interval | | Standard deviation | $q_x$ | |
| Upper boundary | Lower boundary | | | | Upper boundary | Lower boundary | | | |
| 80.8 | 80.6 | 0.03 | **80.7** | **100,000** | 0.00345 | 0.00312 | 0.00008 | **0.00328** | 0 |
| 80.0 | 79.9 | 0.03 | **80.0** | **99,672** | 0.00031 | 0.00023 | 0.00002 | **0.00027** | 1 |
| 79.0 | 78.9 | 0.03 | **79.0** | **99,645** | 0.00026 | 0.00017 | 0.00002 | **0.00022** | 2 |
| 78.1 | 77.9 | 0.03 | **78.0** | **99,623** | 0.00021 | 0.00013 | 0.00002 | **0.00017** | 3 |
| 77.1 | 77.0 | 0.03 | **77.0** | **99,606** | 0.00018 | 0.00010 | 0.00002 | **0.00014** | 4 |
| 76.1 | 76.0 | 0.03 | **76.0** | **99,592** | 0.00015 | 0.00009 | 0.00002 | **0.00012** | 5 |
| 75.1 | 75.0 | 0.03 | **75.0** | **99,580** | 0.00013 | 0.00007 | 0.00002 | **0.00010** | 6 |
| 74.1 | 74.0 | 0.03 | **74.0** | **99,570** | 0.00012 | 0.00006 | 0.00001 | **0.00009** | 7 |
| 73.1 | 73.0 | 0.03 | **73.0** | **99,561** | 0.00011 | 0.00006 | 0.00001 | **0.00008** | 8 |
| 72.1 | 72.0 | 0.03 | **72.1** | **99,553** | 0.00011 | 0.00006 | 0.00001 | **0.00008** | 9 |
| 71.1 | 71.0 | 0.03 | **71.1** | **99,545** | 0.00011 | 0.00006 | 0.00001 | **0.00009** | 10 |
| 70.1 | 70.0 | 0.03 | **70.1** | **99,536** | 0.00013 | 0.00006 | 0.00002 | **0.00010** | 11 |
| 69.1 | 69.0 | 0.03 | **69.1** | **99,526** | 0.00015 | 0.00008 | 0.00002 | **0.00011** | 12 |
| 68.1 | 68.0 | 0.03 | **68.1** | **99,515** | 0.00018 | 0.00009 | 0.00002 | **0.00014** | 13 |
| 67.1 | 67.0 | 0.03 | **67.1** | **99,501** | 0.00021 | 0.00012 | 0.00002 | **0.00017** | 14 |
| 66.2 | 66.1 | 0.03 | **66.1** | **99,485** | 0.00025 | 0.00016 | 0.00002 | **0.00020** | 15 |
| 65.2 | 65.1 | 0.03 | **65.1** | **99,465** | 0.00030 | 0.00019 | 0.00003 | **0.00025** | 16 |
| 64.2 | 64.1 | 0.03 | **64.1** | **99,440** | 0.00036 | 0.00025 | 0.00003 | **0.00030** | 17 |
| 63.2 | 63.1 | 0.03 | **63.2** | **99,410** | 0.00041 | 0.00030 | 0.00003 | **0.00036** | 18 |
| 62.2 | 62.1 | 0.03 | **62.2** | **99,374** | 0.00047 | 0.00035 | 0.00003 | **0.00041** | 19 |
| 61.2 | 61.1 | 0.02 | **61.2** | **99,334** | 0.00052 | 0.00038 | 0.00004 | **0.00045** | 20 |
| 60.3 | 60.2 | 0.02 | **60.2** | **99,289** | 0.00057 | 0.00041 | 0.00004 | **0.00049** | 21 |
| 59.3 | 59.2 | 0.02 | **59.3** | **99,240** | 0.00060 | 0.00043 | 0.00004 | **0.00052** | 22 |
| 58.3 | 58.2 | 0.02 | **58.3** | **99,189** | 0.00061 | 0.00045 | 0.00004 | **0.00053** | 23 |
| 57.4 | 57.3 | 0.02 | **57.3** | **99,136** | 0.00063 | 0.00045 | 0.00005 | **0.00054** | 24 |
| 56.4 | 56.3 | 0.02 | **56.3** | **99,082** | 0.00063 | 0.00046 | 0.00004 | **0.00055** | 25 |
| 55.4 | 55.3 | 0.02 | **55.4** | **99,028** | 0.00062 | 0.00046 | 0.00004 | **0.00054** | 26 |
| 54.5 | 54.4 | 0.02 | **54.4** | **98,974** | 0.00063 | 0.00045 | 0.00004 | **0.00054** | 27 |
| 53.5 | 53.4 | 0.02 | **53.4** | **98,921** | 0.00062 | 0.00045 | 0.00004 | **0.00054** | 28 |
| 52.5 | 52.4 | 0.02 | **52.5** | **98,867** | 0.00062 | 0.00046 | 0.00004 | **0.00054** | 29 |
| 51.5 | 51.4 | 0.02 | **51.5** | **98,814** | 0.00063 | 0.00045 | 0.00004 | **0.00054** | 30 |
| 50.6 | 50.5 | 0.02 | **50.5** | **98,761** | 0.00064 | 0.00046 | 0.00004 | **0.00055** | 31 |
| 49.6 | 49.5 | 0.02 | **49.5** | **98,707** | 0.00065 | 0.00048 | 0.00004 | **0.00056** | 32 |
| 48.6 | 48.5 | 0.02 | **48.6** | **98,651** | 0.00067 | 0.00051 | 0.00004 | **0.00059** | 33 |
| 47.6 | 47.6 | 0.02 | **47.6** | **98,593** | 0.00070 | 0.00053 | 0.00004 | **0.00062** | 34 |
| 46.7 | 46.6 | 0.02 | **46.6** | **98,532** | 0.00075 | 0.00056 | 0.00005 | **0.00065** | 35 |
| 45.7 | 45.6 | 0.02 | **45.7** | **98,468** | 0.00079 | 0.00060 | 0.00005 | **0.00070** | 36 |
| 44.7 | 44.7 | 0.02 | **44.7** | **98,400** | 0.00085 | 0.00065 | 0.00005 | **0.00075** | 37 |
| 43.8 | 43.7 | 0.02 | **43.7** | **98,326** | 0.00092 | 0.00070 | 0.00006 | **0.00081** | 38 |
| 42.8 | 42.7 | 0.02 | **42.8** | **98,246** | 0.00100 | 0.00077 | 0.00006 | **0.00088** | 39 |
| 41.8 | 41.8 | 0.02 | **41.8** | **98,160** | 0.00108 | 0.00086 | 0.00006 | **0.00097** | 40 |
| 40.9 | 40.8 | 0.02 | **40.8** | **98,065** | 0.00118 | 0.00094 | 0.00006 | **0.00106** | 41 |
| 39.9 | 39.8 | 0.02 | **39.9** | **97,961** | 0.00130 | 0.00104 | 0.00007 | **0.00117** | 42 |
| 39.0 | 38.9 | 0.02 | **38.9** | **97,846** | 0.00144 | 0.00116 | 0.00007 | **0.00130** | 43 |
| 38.0 | 37.9 | 0.02 | **38.0** | **97,719** | 0.00159 | 0.00129 | 0.00008 | **0.00144** | 44 |
| 37.1 | 37.0 | 0.02 | **37.0** | **97,579** | 0.00176 | 0.00144 | 0.00008 | **0.00160** | 45 |
| 36.1 | 36.1 | 0.02 | **36.1** | **97,423** | 0.00195 | 0.00161 | 0.00009 | **0.00178** | 46 |
| 35.2 | 35.1 | 0.02 | **35.2** | **97,249** | 0.00216 | 0.00180 | 0.00009 | **0.00198** | 47 |
| 34.3 | 34.2 | 0.02 | **34.2** | **97,057** | 0.00240 | 0.00199 | 0.00010 | **0.00220** | 48 |
| 33.3 | 33.3 | 0.02 | **33.3** | **96,844** | 0.00265 | 0.00223 | 0.00011 | **0.00244** | 49 |
| 32.4 | 32.3 | 0.02 | **32.4** | **96,607** | 0.00294 | 0.00247 | 0.00012 | **0.00270** | 50 |
| 31.5 | 31.4 | 0.02 | **31.5** | **96,346** | 0.00322 | 0.00275 | 0.00012 | **0.00299** | 51 |
| 30.6 | 30.5 | 0.02 | **30.6** | **96,059** | 0.00354 | 0.00303 | 0.00013 | **0.00329** | 52 |
| 29.7 | 29.6 | 0.02 | **29.7** | **95,743** | 0.00387 | 0.00336 | 0.00013 | **0.00362** | 53 |
| 28.8 | 28.7 | 0.02 | **28.8** | **95,396** | 0.00423 | 0.00371 | 0.00013 | **0.00397** | 54 |
| 27.9 | 27.8 | 0.02 | **27.9** | **95,018** | 0.00463 | 0.00407 | 0.00014 | **0.00435** | 55 |