

# ANALYSIS OF EARNINGS PROJECTION TO

# NOHEMI GONZALEZ

**March 21, 2023**

100 Eagle Rock Avenue ■ Suite 200 ■ East Hanover, NJ 07936 ■ **Phone** 973-929-3532
730 3rd Avenue ■ 11th Floor ■ New York, NY 10017 ■ **Phone** 212-842-7695

www.ecostat.com

# SUMMARY

In our analysis of this matter, we find the present value of Nohemi Gonzalez's expected earnings, had she not died on November 13, 2015, to be **$1,493,216**. Future earnings are adjusted to present value, based on U.S. dollar amounts in the year 2023

In calculating the above-noted expected wages, we assume that, had Nohemi lived, she would have entered the labor force in July 2016, and would have earned at the average earnings level of females in the United States with a bachelor's degree.

Any unreimbursed expenses incurred or to be incurred by Nohemi's family, such as for medical treatments, are not included in our economic analysis.

We have not considered recovery of Nohemi's pain and suffering, nor that of her family.

We reserve the right to amend this report, upon request, should we be presented with any new relevant information that would have a material effect on our analysis.

# ECONOMIC REPORT

At the request of Megan Marchick Le, Esq., of The Berkman Law Office, LLC, we have projected Nohemi Gonzalez's earnings had she not died on November 13, 2015.

# BACKGROUND

In connection with the above request, and by using standard economic and statistical references as well as current data sources, we learned the following information, all of which we assume to be true:

> Nohemi Gonzalez was born on October 19, 1992.
>
> Nohemi died on November 13, 2015 during a terrorist attack in Paris, France. At that time, she was 23.1 years old.
>
> At the time of her death, Nohemi was in her last year of college at California State University at Long Beach, studying industrial design. Her mother, Beatriz Gonzalez, was born on October 10, 1968, and was 47.1 years old at the time of her daughter's death. Nohemi's two brothers are Reynaldo and Paul.
>
> Nohemi's statistical life expectancy at the time of her death was an additional 59 years to the year 2074.9, at which time she would have been 82.1 years old [Source: National Vital Statistics Reports, Vol. 70, No. 19, March 22, 2022, Life Table for Females: United States, 2019].

*Economic Report*
*to Nohemi Gonzalez*     3     *Case # 522558 (284228)*
Case 5:20-cv-00230-BO    Document 76-3    Filed 03/28/23    Page 3 of 9

# NOHEMI GONZALEZ'S PROJECTED EARNINGS

We assume that, had Nohemi Gonzalez lived out her statistical life expectancy, she would have entered the labor force at age 23.7 in July 2016 after graduating with a bachelor's degree. Based on the information presented to us, and by using standard economic and statistical references as well as current data sources, we analyze and assess the following economic expectancies:

**Earnings.** At the time of her death, Nohemi Gonzalez was in her last year of college at California State University and was studying abroad. We project Nohemi's earnings, had she lived out her statistical life expectancy, based on the average earnings of females with a bachelor's degree in the United States from 2016 through 2020, as shown in the table below.

| Year | Earnings |
|------|----------|
| 2016 | $53,443  |
| 2017 | 54,511   |
| 2018 | 58,398   |
| 2019 | 59,645   |
| 2020 | 59,526   |

Source: U.S. Census Bureau, PINC-04 Educational Attainment – People 18 Year Old and Over by Total Money Earnings 2016 through 2020

**Wage Growth Rate.** The average earnings growth rate in the last twenty years in the U.S. labor market has been 2.6% per year. In the last ten years, the average earnings growth rate was 2.8% per year [Source: Federal Reserve Bank of St. Louis, FRED: Employment Cost Index, Wages and Salaries, Private Industry Workers]. We apply an average growth rate of 2.7% per year throughout the relevant time period.

**Statistical Unemployment.** We estimate Nohemi's earnings reduction rate for possible periods of statistical unemployment to be 3.1% of her earnings per year [Source: U.S. Bureau of Labor Statistics, Employment Status of the Civilian Population 25 Years and Over by Educational Attainment].

**Taxes.** We reduce Nohemi's earnings by a tax rate of 21.8% per year for federal and state income taxes and payroll taxes [Source: BNA Income Tax Planner].

**Present Value (Discounting).** The discount rate recognizes the value of money over time. An average rate of 4% is used for discounting Nohemi's expected future earnings to present value. This is a necessary adjustment for the interest-earning capacity of a monetary award [Source: Current and historical average yield of U.S. Treasury Notes and high-grade municipal bonds. www.govinfo.gov].

**Relevant Time Period.** The statistical worklife expectancy of Ms. Gonzalez at the age at which she would have graduated with a bachelor's degree was an additional 35.75 years to the year 2052, at which time she would have been 59.4 years old [Source: Skoog, Ciecka & Krueger, The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Point and Bootstrap Standard Errors, *Journal of Forensic Economics*, 28(1) 2019]. The table that follows shows the annual and cumulative present value of Nohemi Gonzalez's expected earnings from July 2016, the time she would have been expected to enter the labor force had she lived, to her statistical worklife expectancy age of 59.4.

.

# THE VALUE OF NOHEMI GONZALEZ'S EARNINGS

| YEAR | | AGE | WAGES | UNEMPLOYMENT EFFECTS | TAXES | ANNUAL INCOME | PRESENT VALUE | CUMULATIVE PV |
|---|---|---|---|---|---|---|---|---|
| **Pre-Trial Income:** | | | | | | | | |
| 2016 | -a | 24 | $26,722 | $828 | $5,645 | $20,248 | $20,248 | $20,248 |
| 2017 | | 25 | 54,511 | 1,690 | 11,515 | 41,306 | 41,306 | 61,555 |
| 2018 | | 26 | 58,398 | 1,810 | 12,336 | 44,252 | 44,252 | 105,806 |
| 2019 | | 27 | 59,645 | 1,849 | 12,600 | 45,196 | 45,196 | 151,003 |
| 2020 | | 28 | 59,526 | 1,845 | 12,574 | 45,106 | 45,106 | 196,109 |
| 2021 | | 29 | 61,133 | 1,895 | 12,914 | 46,324 | 46,324 | 242,433 |
| 2022 | | 30 | 62,784 | 1,946 | 13,263 | 47,575 | 47,575 | 290,008 |
| 2023 | -b | 31 | 26,866 | 833 | 5,675 | 20,358 | 20,358 | 310,366 |
| **Expected Post-Trial Income:** | | | | | | | | |
| 2023 | -b | 31 | 37,613 | 1,166 | 7,945 | 28,501 | 28,501 | 28,501 |
| 2024 | | 32 | 66,220 | 2,053 | 13,988 | 50,179 | 48,249 | 76,750 |
| 2025 | | 33 | 68,008 | 2,108 | 14,366 | 51,533 | 47,646 | 124,396 |
| 2026 | | 34 | 69,844 | 2,165 | 14,754 | 52,925 | 47,050 | 171,446 |
| 2027 | | 35 | 71,730 | 2,224 | 15,152 | 54,354 | 46,462 | 217,908 |
| 2028 | | 36 | 73,667 | 2,284 | 15,561 | 55,821 | 45,881 | 263,789 |
| 2029 | | 37 | 75,656 | 2,345 | 15,982 | 57,329 | 45,308 | 309,096 |
| 2030 | | 38 | 77,698 | 2,409 | 16,413 | 58,876 | 44,741 | 353,838 |
| 2031 | | 39 | 79,796 | 2,474 | 16,856 | 60,466 | 44,182 | 398,020 |
| 2032 | | 40 | 81,951 | 2,540 | 17,311 | 62,099 | 43,630 | 441,649 |
| 2033 | | 41 | 84,163 | 2,609 | 17,779 | 63,775 | 43,084 | 484,734 |
| 2034 | | 42 | 86,436 | 2,680 | 18,259 | 65,497 | 42,546 | 527,279 |
| 2035 | | 43 | 88,769 | 2,752 | 18,752 | 67,266 | 42,014 | 569,293 |
| 2036 | | 44 | 91,166 | 2,826 | 19,258 | 69,082 | 41,489 | 610,782 |
| 2037 | | 45 | 93,628 | 2,902 | 19,778 | 70,947 | 40,970 | 651,752 |
| 2038 | | 46 | 96,156 | 2,981 | 20,312 | 72,863 | 40,458 | 692,211 |
| 2039 | | 47 | 98,752 | 3,061 | 20,861 | 74,830 | 39,952 | 732,163 |
| 2040 | | 48 | 101,418 | 3,144 | 21,424 | 76,850 | 39,453 | 771,616 |
| 2041 | | 49 | 104,156 | 3,229 | 22,002 | 78,925 | 38,960 | 810,576 |
| 2042 | | 50 | 106,969 | 3,316 | 22,596 | 81,056 | 38,473 | 849,048 |
| 2043 | | 51 | 109,857 | 3,406 | 23,206 | 83,245 | 37,992 | 887,040 |
| 2044 | | 52 | 112,823 | 3,498 | 23,833 | 85,492 | 37,517 | 924,557 |
| 2045 | | 53 | 115,869 | 3,592 | 24,476 | 87,801 | 37,048 | 961,605 |
| 2046 | | 54 | 118,998 | 3,689 | 25,137 | 90,171 | 36,585 | 998,190 |
| 2047 | | 55 | 122,211 | 3,789 | 25,816 | 92,606 | 36,128 | 1,034,318 |
| 2048 | | 56 | 125,510 | 3,891 | 26,513 | 95,106 | 35,676 | 1,069,994 |
| 2049 | | 57 | 128,899 | 3,996 | 27,229 | 97,674 | 35,230 | 1,105,224 |
| 2050 | | 58 | 132,379 | 4,104 | 27,964 | 100,311 | 34,790 | 1,140,013 |
| 2051 | | 59 | 135,954 | 4,215 | 28,719 | 103,020 | 34,355 | 1,174,368 |
| 2052 | -c | 59 | 34,906 | 1,082 | 7,374 | 26,450 | 8,481 | 1,182,850 |

Pre-trial cumulative earnings of $310,366, plus post-trial cumulative earnings of $1,182,850, equal $1,493,216

**NOTES TO EARNINGS TABLE:**

a- Expected earnings since July 1, 2016
b- Based on an assumed trial date of June 1, 2023
c- Expected earnings to Nohemi's statistical worklife expectancy age of 59.4

# CONCLUSION

From our economic analysis of the information presented to us, we project Nohemi Gonzalez's earnings had she lived out her statistical life expectancy to be **$1,493,216**. Future earnings are adjusted to present value, based on U.S. dollar amounts in the year 2023

*Michael Soudry*
_____
Michael Soudry, M.B.A.
Michael.Soudry@Marcumllp.com

Table 28
Characteristics for Initially Active Women, Bachelor's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 36.67 | 37.50 | 39.50 | 8.72 | -0.66 | 3.83 | 25.50 | 31.50 | 42.50 | 46.50 | 36.65 | 0.22 |
| 23 | 35.75 | 36.50 | 38.50 | 8.67 | -0.64 | 3.76 | 24.50 | 30.50 | 41.50 | 45.50 | 35.73 | 0.22 |
| 24 | 34.85 | 35.50 | 37.50 | 8.63 | -0.62 | 3.70 | 23.50 | 29.50 | 40.50 | 44.50 | 34.83 | 0.22 |
| 25 | 33.95 | 34.50 | 36.50 | 8.58 | -0.60 | 3.64 | 22.50 | 28.50 | 39.50 | 44.50 | 33.93 | 0.22 |
| 26 | 33.07 | 33.50 | 35.50 | 8.52 | -0.59 | 3.59 | 21.50 | 28.50 | 38.50 | 43.50 | 33.05 | 0.22 |
| 27 | 32.21 | 33.50 | 34.50 | 8.45 | -0.57 | 3.54 | 21.50 | 27.50 | 38.50 | 42.50 | 32.19 | 0.22 |
| 28 | 31.37 | 32.50 | 33.50 | 8.38 | -0.56 | 3.49 | 20.50 | 26.50 | 37.50 | 41.50 | 31.34 | 0.22 |
| 29 | 30.54 | 31.50 | 32.50 | 8.30 | -0.54 | 3.45 | 19.50 | 25.50 | 36.50 | 40.50 | 30.52 | 0.23 |
| 30 | 29.73 | 30.50 | 31.50 | 8.21 | -0.52 | 3.41 | 18.50 | 24.50 | 35.50 | 39.50 | 29.71 | 0.22 |
| 31 | 28.93 | 29.50 | 31.50 | 8.11 | -0.51 | 3.38 | 18.50 | 24.50 | 34.50 | 38.50 | 28.91 | 0.22 |
| 32 | 28.15 | 28.50 | 30.50 | 8.01 | -0.49 | 3.35 | 17.50 | 23.50 | 33.50 | 37.50 | 28.13 | 0.21 |
| 33 | 27.38 | 28.50 | 29.50 | 7.90 | -0.47 | 3.32 | 16.50 | 22.50 | 32.50 | 36.50 | 27.36 | 0.21 |
| 34 | 26.61 | 27.50 | 28.50 | 7.78 | -0.45 | 3.29 | 16.50 | 21.50 | 31.50 | 35.50 | 26.59 | 0.20 |
| 35 | 25.85 | 26.50 | 27.50 | 7.66 | -0.43 | 3.26 | 15.50 | 21.50 | 31.50 | 35.50 | 25.83 | 0.20 |
| 36 | 25.08 | 25.50 | 26.50 | 7.54 | -0.41 | 3.22 | 15.50 | 20.50 | 30.50 | 34.50 | 25.06 | 0.20 |
| 37 | 24.31 | 24.50 | 25.50 | 7.42 | -0.39 | 3.19 | 14.50 | 19.50 | 29.50 | 33.50 | 24.29 | 0.19 |
| 38 | 23.52 | 24.50 | 24.50 | 7.30 | -0.36 | 3.15 | 13.50 | 19.50 | 28.50 | 32.50 | 23.51 | 0.20 |
| 39 | 22.74 | 23.50 | 24.50 | 7.19 | -0.33 | 3.12 | 13.50 | 18.50 | 27.50 | 31.50 | 22.72 | 0.19 |
| 40 | 21.94 | 22.50 | 23.50 | 7.07 | -0.31 | 3.08 | 12.50 | 17.50 | 26.50 | 30.50 | 21.93 | 0.19 |
| 41 | 21.15 | 21.50 | 22.50 | 6.95 | -0.28 | 3.04 | 11.50 | 16.50 | 25.50 | 29.50 | 21.14 | 0.18 |
| 42 | 20.35 | 20.50 | 21.50 | 6.83 | -0.24 | 3.00 | 11.50 | 16.50 | 25.50 | 28.50 | 20.35 | 0.18 |
| 43 | 19.56 | 19.50 | 20.50 | 6.71 | -0.21 | 2.97 | 10.50 | 15.50 | 24.50 | 27.50 | 19.55 | 0.18 |
| 44 | 18.76 | 19.50 | 19.50 | 6.59 | -0.17 | 2.93 | 9.50 | 14.50 | 23.50 | 26.50 | 18.75 | 0.17 |
| 45 | 17.96 | 18.50 | 18.50 | 6.47 | -0.14 | 2.90 | 9.50 | 13.50 | 22.50 | 26.50 | 17.96 | 0.17 |
| 46 | 17.17 | 17.50 | 17.50 | 6.35 | -0.10 | 2.87 | 8.50 | 13.50 | 21.50 | 25.50 | 17.16 | 0.18 |
| 47 | 16.37 | 16.50 | 16.50 | 6.23 | -0.06 | 2.84 | 8.50 | 12.50 | 20.50 | 24.50 | 16.37 | 0.17 |
| 48 | 15.58 | 15.50 | 15.50 | 6.11 | -0.02 | 2.81 | 7.50 | 11.50 | 19.50 | 23.50 | 15.58 | 0.17 |
| 49 | 14.79 | 14.50 | 14.50 | 5.98 | 0.03 | 2.79 | 6.50 | 10.50 | 18.50 | 22.50 | 14.79 | 0.17 |
| 50 | 14.01 | 14.50 | 13.50 | 5.85 | 0.07 | 2.77 | 6.50 | 9.50 | 17.50 | 21.50 | 14.01 | 0.16 |
| 51 | 13.24 | 13.50 | 13.50 | 5.72 | 0.12 | 2.76 | 5.50 | 9.50 | 17.50 | 20.50 | 13.24 | 0.16 |
| 52 | 12.48 | 12.50 | 12.50 | 5.58 | 0.17 | 2.76 | 5.50 | 8.50 | 16.50 | 19.50 | 12.48 | 0.16 |
| 53 | 11.73 | 11.50 | 11.50 | 5.45 | 0.22 | 2.77 | 4.50 | 7.50 | 15.50 | 18.50 | 11.73 | 0.16 |
| 54 | 11.00 | 10.50 | 10.50 | 5.30 | 0.28 | 2.78 | 4.50 | 7.50 | 14.50 | 18.50 | 11.00 | 0.16 |
| 55 | 10.29 | 10.50 | 9.50 | 5.15 | 0.33 | 2.80 | 3.50 | 6.50 | 13.50 | 17.50 | 10.28 | 0.16 |

## Table 3. Life table for females: United States, 2019

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/70-19/Table03.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1. | 0.005045 | 100,000 | 504 | 99,559 | 8,138,598 | 81.4 |
| 1–2. | 0.000341 | 99,496 | 34 | 99,479 | 8,039,039 | 80.8 |
| 2–3. | 0.000209 | 99,462 | 21 | 99,451 | 7,939,561 | 79.8 |
| 3–4. | 0.000166 | 99,441 | 16 | 99,432 | 7,840,110 | 78.8 |
| 4–5. | 0.000137 | 99,424 | 14 | 99,417 | 7,740,677 | 77.9 |
| 5–6. | 0.000125 | 99,411 | 12 | 99,404 | 7,641,260 | 76.9 |
| 6–7. | 0.000112 | 99,398 | 11 | 99,393 | 7,541,855 | 75.9 |
| 7–8. | 0.000102 | 99,387 | 10 | 99,382 | 7,442,463 | 74.9 |
| 8–9. | 0.000096 | 99,377 | 10 | 99,372 | 7,343,081 | 73.9 |
| 9–10. | 0.000093 | 99,367 | 9 | 99,363 | 7,243,708 | 72.9 |
| 10–11. | 0.000095 | 99,358 | 9 | 99,353 | 7,144,346 | 71.9 |
| 11–12. | 0.000102 | 99,349 | 10 | 99,344 | 7,044,992 | 70.9 |
| 12–13. | 0.000116 | 99,339 | 12 | 99,333 | 6,945,649 | 69.9 |
| 13–14. | 0.000139 | 99,327 | 14 | 99,320 | 6,846,316 | 68.9 |
| 14–15. | 0.000170 | 99,313 | 17 | 99,305 | 6,746,996 | 67.9 |
| 15–16. | 0.000204 | 99,296 | 20 | 99,286 | 6,647,691 | 66.9 |
| 16–17. | 0.000241 | 99,276 | 24 | 99,264 | 6,548,405 | 66.0 |
| 17–18. | 0.000280 | 99,252 | 28 | 99,238 | 6,449,141 | 65.0 |
| 18–19. | 0.000319 | 99,224 | 32 | 99,209 | 6,349,902 | 64.0 |
| 19–20. | 0.000360 | 99,193 | 36 | 99,175 | 6,250,694 | 63.0 |
| 20–21. | 0.000404 | 99,157 | 40 | 99,137 | 6,151,519 | 62.0 |
| 21–22. | 0.000449 | 99,117 | 45 | 99,095 | 6,052,382 | 61.1 |
| 22–23. | 0.000490 | 99,072 | 49 | 99,048 | 5,953,287 | 60.1 |
| 23–24. | 0.000524 | 99,024 | 52 | 98,998 | 5,854,239 | 59.1 |
| 24–25. | 0.000553 | 98,972 | 55 | 98,945 | 5,755,241 | 58.2 |
| 25–26. | 0.000579 | 98,917 | 57 | 98,889 | 5,656,297 | 57.2 |
| 26–27. | 0.000608 | 98,860 | 60 | 98,830 | 5,557,408 | 56.2 |
| 27–28. | 0.000644 | 98,800 | 64 | 98,768 | 5,458,578 | 55.2 |
| 28–29. | 0.000690 | 98,736 | 68 | 98,702 | 5,359,810 | 54.3 |
| 29–30. | 0.000746 | 98,668 | 74 | 98,631 | 5,261,108 | 53.3 |
| 30–31. | 0.000808 | 98,594 | 80 | 98,555 | 5,162,477 | 52.4 |
| 31–32. | 0.000870 | 98,515 | 86 | 98,472 | 5,063,922 | 51.4 |
| 32–33. | 0.000933 | 98,429 | 92 | 98,383 | 4,965,450 | 50.4 |
| 33–34. | 0.000992 | 98,337 | 98 | 98,288 | 4,867,067 | 49.5 |
| 34–35. | 0.001049 | 98,240 | 103 | 98,188 | 4,768,778 | 48.5 |
| 35–36. | 0.001112 | 98,137 | 109 | 98,082 | 4,670,590 | 47.6 |
| 36–37. | 0.001178 | 98,028 | 116 | 97,970 | 4,572,508 | 46.6 |
| 37–38. | 0.001240 | 97,912 | 121 | 97,851 | 4,474,538 | 45.7 |
| 38–39. | 0.001295 | 97,791 | 127 | 97,727 | 4,376,687 | 44.8 |
| 39–40. | 0.001351 | 97,664 | 132 | 97,598 | 4,278,960 | 43.8 |
| 40–41. | 0.001414 | 97,532 | 138 | 97,463 | 4,181,362 | 42.9 |
| 41–42. | 0.001493 | 97,394 | 145 | 97,322 | 4,083,898 | 41.9 |
| 42–43. | 0.001593 | 97,249 | 155 | 97,171 | 3,986,577 | 41.0 |
| 43–44. | 0.001714 | 97,094 | 166 | 97,011 | 3,889,406 | 40.1 |
| 44–45. | 0.001851 | 96,928 | 179 | 96,838 | 3,792,395 | 39.1 |
| 45–46. | 0.002005 | 96,748 | 194 | 96,651 | 3,695,557 | 38.2 |
| 46–47. | 0.002172 | 96,554 | 210 | 96,449 | 3,598,906 | 37.3 |
| 47–48. | 0.002347 | 96,344 | 226 | 96,231 | 3,502,457 | 36.4 |
| 48–49. | 0.002534 | 96,118 | 244 | 95,996 | 3,406,226 | 35.4 |
| 49–50. | 0.002741 | 95,875 | 263 | 95,743 | 3,310,229 | 34.5 |
| 50–51. | 0.002964 | 95,612 | 283 | 95,470 | 3,214,486 | 33.6 |
| 51–52. | 0.003217 | 95,328 | 307 | 95,175 | 3,119,016 | 32.7 |
| 52–53. | 0.003519 | 95,022 | 334 | 94,855 | 3,023,841 | 31.8 |
| 53–54. | 0.003869 | 94,687 | 366 | 94,504 | 2,928,986 | 30.9 |
| 54–55. | 0.004246 | 94,321 | 401 | 94,121 | 2,834,482 | 30.1 |
| 55–56. | 0.004623 | 93,921 | 434 | 93,703 | 2,740,361 | 29.2 |
| 56–57. | 0.005000 | 93,486 | 467 | 93,253 | 2,646,658 | 28.3 |
| 57–58. | 0.005405 | 93,019 | 503 | 92,768 | 2,553,405 | 27.5 |
| 58–59. | 0.005853 | 92,516 | 542 | 92,245 | 2,460,638 | 26.6 |
| 59–60. | 0.006346 | 91,975 | 584 | 91,683 | 2,368,392 | 25.8 |