# Alan Friedman, M.D., FAAPMR

Department of Rehabilitation
Soroka University Medical Center
Be'er Sheva, Israel
908-444-6362
E-mail: friedmal@mamash.com

## PERSONAL DETAILS

Born: Pretoria, South Africa
Age: 56
Married: July, 1989
Aliyah: August 2000

## ACADEMIC EDUCATION

**Undergraduate**  Yeshiva University
9/84-6/88  New York, New York
Degree: BA, Pre-Health Sciences, History

**Graduate**  Talmudic University
8/88-6/89  Miami, Florida
Degree: Rabbinical Ordination

**Medical Degree**  The Albert Einstein College of Medicine
8/89-6/93  Bronx, New York
Degree: Doctor of Medicine

## PROFESSIONAL TRAINING

**Residency**
7/93-6/96  Internal Medicine
North Shore University Hospital
Cornell Medical School
Manhasset, New York
Chairman: Lawrence Scherr, MD
Board-certified, 1996

7/96-6/99  Physical Medicine and Rehabilitation
UMDNJ / New Jersey Medical School
Newark, New Jersey
The Kessler Institute for Rehabilitation
Chairman: Joel DeLisa, MD, MS
Board-certified, 2000, 2010, 2020

## BOARD CERTIFICATION

| | |
|---|---|
| 2000, 2010, 2020 | American Board of Physical Medicine and Rehabilitation |
| 1996 | American Board of Internal Medicine |
| 1994 | National Board of Medical Examiners |

## PROFESSIONAL LICENSING

Israel, Medical License
Israel, Specialist License
New Jersey, USA License
New York, USA License
Ohio, USA License

## EMPLOYMENT HISTORY

| | |
|---|---|
| 6/98-6/99 | Staff Physician, Ambulatory Care -Emergency Room<br><br>Veteran's Affairs Health Care System<br>East Orange, New Jersey |
| 7/99-3/00 | The Physical Medicine and Rehabilitation Center, P.A.<br>Englewood, New Jersey<br>Associate in large Physiatry practice.<br>Office evaluations of musculoskeletal conditions.<br>Responsible for consultations and inpatient care in hospitals and sub-acute rehabilitation facilities. |
| 5/01-1/09 | Staff Physiatrist, Hadassah University Hospital Mt. Scopus Campus.<br>Electrodiagnostic and evaluation of muscle diseases. |
| 1/05-2011 | Medical Consultant, Appeals Court for Disability Claims, District Court, Jerusalem, Israel. |
| 3/00-present | Self-employed Physiatrist, USA.<br>Office evaluations of musculoskeletal conditions, including diagnostic and therapeutic procedures.<br><br>Hospital and sub-acute rehabilitation facility consultations and inpatient care.<br>IME and Disability evaluations. |
| 7/09-10/16 | Chief, Division of Rehabilitation and Physical Medicine, Laniado Hospital, Tzanz Medical Center, Netanya, Israel. |

        10/16 – present        Assistant Director, Department of Rehabilitation and Physical Medicine.
                                           Chief, Physical & Musculoskeletal Medicine
                                           Soroka University Medical Center, Be'er Sheva, Israel.

## *ACADEMIC APPOINTMENTS*

- 1994-1996 Clinical Instructor, Department of Medicine, Cornell Medical School, New York

## *EDITOR OR MEMBER OF EDITORIAL BOARD OR REVIEWER OF SCIENTIFIC OR PROFESSIONAL JOURNAL*

- Reviewer, *European Journal of Physical Medicine and Rehabilitation*
- Reviewer, *Annals of Internal Medicine*
- 1996-1999, Contributing Editor *Rehab In Review*

## *MEMBERSHIP IN PROFESSIONAL/SCIENTIFIC SOCIETIES*

- 2018 – present International Society for Prosthetics and Orthotics (ISPO)
- 1996 - present American Academy of Physical Medicine and Rehabilitation
- 2002 - present Israeli Society of Rehabilitation & Physical Medicine
- 2016 - present New Jersey Society of Physical Medicine and Rehabilitation
- 2009 - present Israeli Society of Musculoskeletal Medicine
- 2010 - 2018 American College of Sports Medicine
- 2010 - Israeli Society of Orthopedics
- 2007 – 2019 American Academy of Integrated Pain Management
- 1993 - 2000 American College of Physicians / American Society of Internal Medicine
- 1996 - 2003 Association of Academic Physiatrists
- 1997 - 2000 Electrodiagnostic Medicine Association of New Jersey
- 2009 - 2010 Israeli Society of Neurology

## *EDUCATIONAL ACTIVITIES*

**Course Director**

- 2020- International Online Seminar, Introduction to Musculoskeletal Ultrasound, Oct-Dec, 2020
- 2020 – Present; Physical Medicine and Rehabilitation residency weekly didactic series.
- 2017- Introduction to Musculoskeletal Ultrasound, Soroka University Hospital, Oct. 19-20, 2017
- 1998- Electromyography for Residents, Kessler Institute for Rehabilitation

**Grand Rounds**
- Low Back Pain: From A(che) to Z(ygapophyseal).  Laniado Hospital Grand Rounds, Netanya, Israel. May 2016.
- Energy Drinks: The Good, The Bad, and The Ugly. Laniado Hospital Grand Rounds, Netanya, Israel. June 2013.
- Rehabilitation of the Patient with Rheumatoid Arthritis. Grand Rounds, Department of Physical Medicine and Rehabilitation, UMDNJ, June 5, 1998

*ADDITIONAL FUNCTIONS*

- 2023 – Chair, Musculoskeletal Division, Competency Based Medical Education (CBME) Committee, Israel Medical Association (HARI).
- 2023 – Soroka University Medical Center representative to Competency Based Medical Education (CBME) Committee, Israel Medical Association (HARI).
- 2021 – Present, Chair, Committee for establishment and implementation of musculoskeletal and physical medicine curriculum, Israeli Society of Rehabilitation & Physical Medicine.
- 2021 – Present, Residency Accreditation Committee Site Evaluation – Occupational Medicine Clinic, Maccabi Health System, Beer Sheva, Israel
- 2018 – 2019 - Residency Accreditation Committee Site Evaluation – Occupational Medicine Clinic, Meuchedet Health System, Yavne, Israel.
- 2018 - Moderator, Pain Medicine Session, Israeli Society of Rehabilitation and Physical Medicine Annual Conference (December 20, 2018)
- 2017 – Present, Israeli Medical Association, Rehabilitation and Physical Medicine Examiner / Writer Part A of Specialty Qualifying Examination Israeli Medical Association
- 2017 – Present, Israeli Medical Association, Rehabilitation and Physical Medicine Examiner Part B of Oral Boards - Specialty Qualifying Examination.
- 2017- Israeli Medical Association, Israeli Society of Rehabilitation and Physical Medicine, Elections Committee.
- 2017- Israeli Medical Association: Multi-Disciplinary Expert Panel to draft a Position Paper on Clinical Directives of Chronic Pain, Representative of the Israeli Society of Rehabilitation and Physical Medicine.
- 1998-2005 AAPM&R Membership Marketing Committee
- 1998-99 AAP Resident Council Historical Committee-Ad Hoc, Chairman
- 1997-98 AAPM&R Resident Physician Council Membership Marketing Committee Chairman
- 1995-96 Representative to North Shore University Hospital Ethics Committee

### *AWARDS, CITATIONS, HONORS, COMPETITIVE FELLOWSHIPS*

- 1999, 2003- Physician's Recognition Award, American Medical Association
- 1998- Rhone-Poulenc Rorer Physical Medicine and Rehabilitation Resident's Scholarship Program
- George Jaffin Essay Contest Winner, North Shore University Hospital, June 1996. (Friedman A, Green S. Aortic Dissection Presenting as Superior Vena Cava Syndrome: A Case Report)
- 1988 Magna Cum Laude
- 1987-1988 Sigma Delta Rho Research Honor Society
- 1984-1988 Samuel Belkin Academic Scholarship, Yeshiva University
- 1983 – Rensselaer Medal: Rensselaer Polytechnic Institute Excellence in Science Award
- 2018 - 2022 – Listed in Forbes Top Doctors in Israel
- 2022 – The Goldin Prize for Best Presentation at a Scientific Conference, Israeli Society of Rehabilitation and Physical Medicine.

### *SCIENTIFIC PUBLICATIONS*

- Friedman A, Friedman B, Lutzky L, Friedman E, Strous R, Treger I. Ethical issues in medical rehabilitation: The dilemma of who to admit. A Literature review. *Am J Phys Med Rehabil. Volume 101, Number 12, December 2022. DOI:10.1097/PHM.0000000000001971*

- Khutorniuk T, Sokolsky V, Zilberman S et al. Effect of a physical and rehabilitation medicine doctor in a neurology department on the length of hospital stay for patients recovering from stroke. *Int J Ther Rehabil. 2022. https://doi.org/10.12968/ijtr.2020.0155*

- Treger LL, Friedman A, Treger I (2020) Rehabilitation during the COVID-19 Crisis: A View from the Periphery. J Clin Immunol Immunother 6: 028.

- Friedman A, Zilberman S, Genis A, Khutornyuk T, Lutsky L, Treger I. Leg dominance as a determinant in laterality of lower extremity amputation in diabetic patients: retrospective study and literature review. *Int J Ther Rehabil*. 2020. https://doi.org/10.12968/ijtr.2019.0046

- Treger I, Lutsky L, Friedman A, Letter to the Editor: Organization of Acute Patients' Transfer to Rehabilitation Services During COVID-19 crisis. *European Journal of Physical and Rehabilitation Medicine 2020 June;56(3):366. DOI: 10.23736/S1973-9087.20.06324-8*

- Friedman A, Diamond M, Johnston MV, Daffner C. Effects of Botulinum Toxin A on Upper Limb Spasticity in Children with Cerebral Palsy. *Am J Phys Med Rehabil* January 2000 - Volume 79 - Issue 1 - p 53-59

- Friedman, Alan MD. Survey of resident's attitudes toward membership in professional organizations (Abstract). *Am J Phys Med Rehabil*: March 1999 - Volume 78 - Issue 2 - p 185

- Diamond M, Friedman A, Daffner C, Johnston MV. Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy (Abstract). *Arch of Phys Med Rehab* 1998; 79(9):1147.

- Friedman A, Green S. Aortic Dissection Presenting as Superior Vena Cava Syndrome: A Case Report. George Jaffin Essay Contest Winner, North Shore University Hospital, June 1996.

- Friedman A, Rosner F. The Allocation of Scarce Medical Resources and Jewish Life; *L'Eyla Journal,* 39:10-15, April 1995.

- Bub C, Friedman A, Rubin P, Present DH. The effect of tobacco smoking on ulcerative colitis severity. Digestive Disease Week, Boston, Massachusetts, USA, 1993. Digestive Disease Week and the 94th annual meeting of the American Gastroenterological Association. Boston, Massachusetts, May 15-21, 1993. Abstracts. Gastroenterology. 1993 Apr;104(4 Suppl):A1-1174. PMID: 8458564.

- Goldberg G, Friedman A, *et al*. Lymph Node Sampling in Patients with Epithelial Ovarian Carcinoma; (Abstract), *Gyn Oncol,* 47:143-145, Nov. 1992.

- Friedman A. Polymer Development. Honors Research Society, Yeshiva University; *Abstracts 1987*; 1:13.

### *CHAPTERS:*

- The Hip: Anatomy, Pathology, Diagnosis, Treatment, & Rehabilitation. PM&R Secrets, 3rd Edition, [ed.] O'Young, BJ, Young, M, Stiens,S. Mosby Publishers, Philadelphia PA. 2008.

### *INVITED LECTURES AND PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS*

- Dry needling in rehabilitation: Practical workshop, Israeli Society of Rehabilitation & Physical Medicine, 72nd Annual conference, RSTU 2022, Tel Aviv, December 2022.

- Physiatric treatment of the painful shoulder in patients after cerebral infarct. Hands-on Workshop, Israeli Society of Rehabilitation & Physical Medicine, Annual conference, December 2021.

- Myofascial pain syndrome: Manual and stretching techniques using injections as a complement. Lecture and workshop, 14th Euro-Mediterranean Rehabilitation Summer School Course, Siracusa, Italy, November 11-15, 2018.

- 30/10/18 – Lecture, Musculoskeletal Rehabilitation –Exercise and Treatment for Low Back Pain in the Elderly, Dept. Of Health, Southern District, Division of Geriatrics, Be'er Sheva, Israel.

- Friedman, A. Trends and Challenges in Rehabilitation, Joint Conference of Israeli Rehabilitation and Urology Associations, Hertzliya, Israel. 3/3/17.

## *LECTURES AND PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS*

- A Friedman, I Treger, J Getmansky, L Kalichman. Immediate Effect of Dry Needling on Spasticity-Related Parameters in the Hands and Elbows of Post-Stroke Patients. The 72nd Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2022, Tel Aviv, Israel. 2022

- N Milson, M Vered, A Acker, A Friedman, L Kalichman, I Treger. Intensive Multidisciplinary In-Patient Rehabilitation of Flail Chest Patients. The 72nd Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2022, Tel Aviv, Israel. 2022

- A Friedman, M Vered, J Getmansky, L Kalichman, I Treger. Effect of dry needling on upper limb spasticity, the range of motion, and pressure pain sensitivity in post-stroke patients: a pilot study. The 71st Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2021, Tel Aviv, Israel. 2021

- S Elkrinawi, A Friedman, M Vered, I Treger. Successful rehabilitation of patient with bilateral COVID-19 induced Achilles tendon shortening - a case report. The 71st Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2021, Tel Aviv, Israel. 2021

- N Milson, M Vered, A Acker, A Friedman, L Kalichman, I Treger**.** In-patient rehabilitation of patients with flail chest due to multiple fractures of ribs. The 71st Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2021, Tel Aviv, Israel. 2021

- N Zitron-Emanuel, M Salti, Y Ezra, A Friedman, I Shelef, I Treger. fMRI of an adolescent with Conversion-Disorder in a rehabilitation setting: a case-study. The 71st Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2021, Tel Aviv, Israel. 2021

- A. Friedman, A. Jotkowitz, I. Treger. Level of Agreement between Rehabilitation Admission Decision Makers: A Survey on the Ethical Aspects. The 14th World Congress of Physical and Rehabilitation Medicine (ISPRM), Orlando, Florida, USA, 2020

- A Friedman, A Jotkowitz, I Treger, Level of Agreement Among Decision Makers: A Survey on the Ethical Aspects in Rehabilitation. The 69th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2019, Tel Aviv, Israel. 2019

- Y Paz, S Simon, O Kohav, U Alyagon, O Nachliely, T Khutornyuk, A Friedman, A Zangen, I Treger, Impact of Paired Associative Magnetic Stimulation on Motor Function in Acute Stroke Patients. The 69th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2019, Tel Aviv, Israel. 2019

- H. Yishai, I. Levi, M. Wiseman, L. Lutsky, A. Friedman, N. Zitron-Emanuel, I. Treger. Inter-departmental Rehabilitation of 4 Patients with Hemato-Oncological Syndromes. The 13th World Congress of Physical and Rehabilitation Medicine, Kobe, Japan, 2019

- A Friedman, A Jotkowitz, I Treger, Ethical Criteria for Admissions to a Rehabilitation Unit: Clinical Scenarios. The 68th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2018, Tel Aviv, Israel. 2018

- H Yishai, I Levi, M Wiseman, L Lutsky, A Friedman, N Zitron-Emanuel, I Treger, Hematology-Oncology & Rehabilitation: Inter-departmental Management – 4 Case Studies. The 68th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2018, Tel Aviv, Israel. 2018

- A. Genis, A. Friedman, L. Lutsky, I. Treger, Rehabilitation of diabetic bellow knee amputees, Soroka experience. The 21st European Congress of Physical and Rehabilitation Medicine, Vilnius, Lithuania, 2018

- A. Friedman, S. Zilberman, A. Genis, L. Lutsky, I. Treger, The relationship between leg dominance and the amputation of lower limb in patients with diabetes mellitus. The 12th World Congress of Physical and Rehabilitation Medicine, Paris, France, 2018

- T. Khutornyuk, A. Friedman, I. Porat, Y. Zlotnik, L. Lutsky, I. Treger Interdisciplinary inpatient rehabilitation of post-stroke patient, suffering from 3 types of muscle hypertonia. The 12th World Congress of Physical and Rehabilitation Medicine, Paris, France, 2018

- Genis, A. Friedman, L. Lutsky, I. Treger, Diabetic lower leg amputee's rehabilitation, Soroka experience. The 67th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2017, Tel Aviv, Israel. 2017

- T. Khutornyuk, A. Friedman, I. Porat, Y. Zlotnik, I. Treger, Successful rehabilitation of patient with different types of muscle hypertonia. Case report. The 67th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2017, Tel Aviv, Israel. 2017

- S. Naparstek, A. Friedman, E. Ilouz, T. Khutornyuk, L. Lutsky, I. Treger, Early rehabilitation of deconditioning… Is it safe? The 67th Congress of the Israeli Society of Physical and Rehabilitation Medicine, RSTU 2017, Tel Aviv, Israel. 2017

- S. Naparstek, A. Friedman, E. Ilouz, T. Khutornyuk, L. Lutsky, I. Treger Mortality in rehabilitation: The story of deconditioning. The 11th World Congress of the International Society of Physical and Rehabilitation Medicine (ISPRM), Buenos Aires, Argentina, 2017.

- S. Naparstek, A. Friedman, E. Ilouz, T. Khutornyuk, L. Lutsky, I. Treger, Mortality in Rehabilitation Department. The 12th Mediterranean Congress of Physical and Rehabilitation Medicine, Malta, 2017

- A Friedman, Survey of Residents' Attitudes towards Membership in Professional Organizations. The Association of Academic Physiatrists (AAP), 35th Annual Meeting, Orlando, FL, 1999

- A Friedman, Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy. Platform Presentation, The American Academy of Physical Medicine and Rehabilitation (AAPM&R) 60th Annual Assembly, Seattle, WA, 1998

- Bub C, Friedman A, Rubin P, Present DH. The effect of tobacco smoking on ulcerative colitis severity. Digestive Disease Week and the 94th annual meeting of the American Gastroenterological Association. Boston, Massachusetts, May 15-21, 1993. Abstracts. Gastroenterology. 1993 Apr;104(4 Suppl):A1-1174. PMID: 8458564.

- G Goldberg, A Friedman, *et al*. Lymph Node Sampling in Patients with Epithelial Ovarian Carcinoma; Platform Presentation, Society of Gynecologic Oncology Annual Conference, March 1992.

## *COMPETITIVE AND NON-COMPETITIVE RESEARCH GRANTS*

2/2019 - Competitive grant awarded by the Israeli Society for Musculoskeletal Medicine for research on Spasticity Treatment with Dry Needing.

*ADDITIONAL INFORMATION*
*US Federal Court Testimony*

- *Cain- Baarbé, et al. v. The Syrian Arab Republic,* 5:20-CV-230-BO (expert reports submitted) (United States District Court for the Eastern District of North Carolina Western division).

- *Jakubowicz, et. al. v. Islamic Republic of Iran*, 1:18-CV-1450 (expert report submitted) (United States District Court for the District of Columbia).

- *Borochov, et. al. v. Islamic Republic of Iran*, 1:19-CV-2855 (expert report submitted) (United States District Court for the District of Columbia).

- *Force, et al. v. Islamic Republic of Iran*, 1:16-CV-01468 (expert report submitted) (United States District Court for the District of Columbia).

- *Sokolow, et al. v. The Palestine Liberation Organization*, Civil Action No. 04-CV-397(GBD)(RLE) (United States District Court for the Southern District of New York).

- *Wultz v. Islamic Republic of Iran*, Civil Action 08-CV-1460 (RCL) (Federal District Court, Washington DC).

- *Leibovitch v. The Syrian Arab Republic et al.*, 08 CV 01939 (WTH) (NDI) (expert report submitted) (United States District Court for the District of Columbia).

- *Sapirstein v. Palestinian Authority,* Case No. 0420225-CIV-Turnoff) (United States District Court for the Southern District of Florida).

- *Knox v. The Palestine Liberation Organization*, Civil Action No. 03-CV-4466(VM)(THK), (expert report submitted)(Southern District of New York).

- *Ben Haim v. Islamic Republic of Iran*, C.A. No. 00 CV 02602 (RCL) (expert report submitted) (United States District Court for the District of Columbia).

- *Stern v. Islamic Republic of Iran*, Case No. 1:00 CV 2602 (RCL) (expert report submitted) (Federal District Court, Washington DC).

- *Rubin, et. al v. The Republic of Iran,* (Federal District Court, Washington DC, January 8, 2003).

- *Estate of Unger v. Palestinian Authority, et. al.,* CA No. 00-105L (Federal District Court, Providence, R.I. July 12, 2002).

**Conferences /Courses Attended**

- 2007- Manual Manipulation - The Kessler Institute for Rehabilitation, West Orange New Jersey
- 2008- Introduction to Acupuncture - The Kessler Institute for Rehabilitation, West Orange New Jersey
- 2009-– Mayo Clinic Course in Advanced electrophysiologic techniques and testing. Assaf HaRofeh Hospital, Tzrifin, Israel.
- 2010- Conference Israeli Society of Orthopedics
- 2012- Mayo Clinic EMG Review course – Assaf HaRofeh Hospital, Tzrifin, Israel.
- 2010, 2013- Israeli Society of Neurology Conference
- 2011- Israeli Diabetes Society Conference
- 2017- Myofascial Needling Course – Intermediate/Advanced, Israeli Society of Musculoskeletal Medicine
- 2017- Introduction to Musculoskeletal Ultrasound, Soroka University Hospital, Oct. 19-20, 2017
- 2017 – International Association of Musculoskeletal Ultrasound, Tel Aviv, October, 2017
- 2018 (April 30-May 2, 2018) Evidence-based Amputee Rehabilitation Master Class, Tel Aviv, Israel
- 2018 (February – May, 2018) Administration Training Course -Medical Departments, Clalit Department Vice-chairmen, Petach Tikva, Israel,
- 2018 (May 30, 2018) Good Clinical Practice (GCP) – Clinical Practice (and IRB Applications) Course, Be'er Sheva, Israel
- 2019 (June 3, 2019) – Israel Ministry of Health Amputee Mobility Predictor Training
- 2020 (November, 2020) - American Academy of PM&R Virtual Annual Congress.
- 2002-2022 - Annual Conference of the Israeli Society of Rehabilitation & Physical Medicine
- 2023 Mayo Clinic Course in Advanced electrophysiologic techniques and testing. Sourasky Medical Center, Tel Aviv, Israel

**Miscellaneous Lectures**

- 1997-1998 Anatomy Lab Assistant, Rutgers University
- 2013- Presentation on Varicella Encephalitis, Department of Internal Medicine B, Laniado Hospital
- 2014- Presentation on Stills Disease, Department of Internal Medicine B, Laniado Hospital
- 19/3/17- Lecture on Rehabilitation Treatment, Ben-Gurion University School of Nursing
- 25/4/17- Lecture on Communicating with Rehabilitation Patients, Ben-Gurion University First year Medical Students
- 27/7/17- Lecture, "What is PM&R?", *Yom Ha'Stajer*, Brain Institute, Soroka University Hospital

- 31/5/18 – Lecture, "Rehabilitation: The Future Starts Now", *Yom Ha'Stajer*, Brain Institute, Soroka University Hospital
- 30/10/18 – Lecture, Musculoskeletal Rehabilitation –Exercise and Treatment for Low Back Pain in the Elderly, Dept. Of Health, Southern District, Division of Geriatrics, Be'er Sheva, Israel
- 30/5/19 – Lecture, "Rehabilitation: The Future Starts Now", Intern Education Program, Brain Institute, Soroka University Hospital