

**Functional Rehabilitation Medicine**

**Spine, Sports, Occupational, and Electrodiagnostic Medicine**
856 46th Street, Brooklyn, NY 11220
(908) 444-6362  Fax: 1-888- 241-5730

January 11, 2023

To Whom It May Concern,

I have been asked to review an autopsy report on **Nohemi Gonzalez** and comment on same regarding her last moments as best can be determined within a reasonable degree of medical certainty.

## RECORDS REVIEWED

- Preliminary Report of Death of an American Citizen Abroad. US Embassy, Paris, France, November 23, 2015: "Cause of death: Not yet released by French officials… The French official death registration was executed at the city hall of Paris, 10th district, France on November 20 2015. The exact hour could not be determined but is between 9:00 PM. and 11:00 PM. A final report will be issued upon receipt of the medical certificate released by French officials." Signed by Rebecca E. Marquez, Vice Consul of the United States of America

- Final Report of Death of an American Citizen Abroad. US Embassy, Paris France January 5 2016: "Cause of death: Massive hemorrhage due to a projectile wound to the chest as certified by Ms. Mariel Garrigos, deputy public prosecutor, Parque du Tribunal de Grand Instance, 14 Quai des Orfevres, 75001 Paris, France. Signed by Rebecca E. Marquez, Vice Consul of the United States of America.

- Autopsy report: Office of the Assistant Secretary of Defense Health Affairs, Offices of the Armed Forces Medical Examiner, Lt. Col. Edward L. Mazuchowski, MD, PhD, December 30, 2015.

## DISCUSSION

According to the autopsy report, Ms. Gonzalez suffered two gunshot wounds – one to the chest and the other to the left lower limb. There were fractures of left ribs (numbers 2, 3, and 6), the T6 vertebra left transverse process, spinous processes of vertebrae T5, T6, and T7. There was a subarachnoid hemorrhage of the spinal cord and a thoracic spinal-cord contusion at the level of the T7 vertebra. These were other findings, as documented in the report.
There was no damage to the major blood vessels or to the heart, which would have caused (almost) instantaneous death. The left lung lacerations are likely secondary injuries due to the rib fractures. Based upon the review of the medical records, it is my opinion that Nohemi Gonzalez survived the initial gunshot wounds for a period of at least two minutes. During this time, she likely suffered extreme pain from her injuries. The spinal cord injuries may well have paralyzed her and it is possible that she was aware of this too. These opinions are within a reasonable degree of medical certainty.

*I, Alan Friedman, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.*

Sincerely,

Alan Friedman, M.D.
Diplomate of the American Board of Physical Medicine & Rehabilitation