UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
CASE NO. 5:20-CV -230

---------------------------------------------------------------------X
CAMERON CAIN BAARBÉ, *et al.*,

        Plaintiffs,

-against-

THE SYRIAN ARAB REPUBLIC,

        Defendant.

---------------------------------------------------------------------X

## EXPERT DECLARATION OF DR. RAEL STROUS

**RAEL STROUS, M.D.**, pursuant to 28 U.S.C. § 1746, subject to the penalties for perjury of the United States of America, declares as follows

1. I am a physician licensed to practice medicine in the State of Israel.

2. I have been retained by Plaintiffs in above-captioned matter to provide expert opinions regarding the psychological injuries suffered by Plaintiffs Cameron Cain Baarbé, Beatriz Gonzalez, Jose Hernandez, Reynaldo Gonzalez, Paul Gonzalez, Caryn Orbach, Uri Orbach, Eitan Orbach, Alon Orbach, A.O., E.O., O.O., Eytan Rund, Tamar Rund, S.A.R., H.H.R., Y.M.R., Ron Greenfield, Pnina Greefield, Liron Greenfield, Shere Greenfield, Gili Greenfield, Shye Greenfield, Nitzhia Goldman, Gila Nissenbaum, Nathan Goldman, Tamar Choresh, Maya Goldman Cohen, Sharon Goldman, Joseph Goldman and Israel Gorenzsky.

3. I have no personal or professional relationship with any party in this case that would prevent me from providing impartial testimony in this matter. I am being compensated $2,000 per Plaintiff for my evaluation and for preparing my report and this declaration except the minor Plaintiffs' fee is $1,500-$1,700 per minor.

4.  My full *curriculum vitae* ("CV") is attached hereto as Exhibit A. It contains an accurate recitation of my training, experience, and credentials.

5.  I have prepared reports regarding my evaluation of each of the plaintiffs, each of which is true to the best of my own knowledge and belief. Those reports are attached hereto as follows:

| | | |
|---|---|---|
| Exhibit B | - | Plaintiff Cameron Cain Baarbé |
| Exhibit C | - | Plaintiff Beatriz Gonzalez |
| Exhibit D | - | Plaintiff Jose Hernandez |
| Exhibit E | - | Plaintiff Reynaldo Gonzalez |
| Exhibit F | - | Plaintiff Paul Gonzalez |
| Exhibit G | - | Plaintiff Caryn Orbach |
| Exhibit H | - | Plaintiff Uri Orbach |
| Exhibit I | - | Plaintiff Eitan Orbach |
| Exhibit J | - | Plaintiff Alon Orbach |
| Exhibit K | - | Plaintiff A.O. |
| Exhibit L | - | Plaintiff E.O. |
| Exhibit M | - | Plaintiff O.O. |
| Exhibit N | - | Plaintiff Eytan Rund |
| Exhibit O | - | Plaintiff Tamar Rund |
| Exhibit P | - | Plaintiffs S.A.R., H.H.R., Y.M.R. |
| Exhibit Q | - | Plaintiff Ron Greenfield |
| Exhibit R | - | Plaintiff Pnina Greenfield |
| Exhibit S | - | Plaintiff Lion Greenfield |

| | | |
|---|---|---|
| Exhibit T | - | Plaintiff Shere Greenfield |
| Exhibit U | - | Plaintiff Gili Greenfield |
| Exhibit V | - | Plaintiff Shye Greenfield |
| Exhibit W | - | Plaintiff Nitzhia Goldman |
| Exhibit X | - | Plaintiff Maya Goldman |
| Exhibit Y | - | Plaintiff Sharon Goldman |
| Exhibit Z | - | Plaintiff Joseph Goldman |
| Exhibit AA | - | Plaintiff Gila Nissenbaum |
| Exhibit BB | - | Plaintiff Nathan Goldman |
| Exhibit CC | - | Plaintiff Israel Gorenzksy |
| Exhibit DD | - | Plaintiff Tamar Choresh |

6. I declare under the penalties for perjury of the United States of America that the foregoing statements, and the statements contained in my CV and my reports are true and correct.

Dated: March __15__, 2023

_____
Rael Strous, MD

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed this the 29th day of March 2023 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System.

                                            **SHANAHAN LAW GROUP, PLLC**

By:    */s/ Kieran J. Shanahan*
        Kieran J. Shanahan, NCSB # 13329
        128 E. Hargett Street, Suite 300
        Raleigh, North Carolina 27601
        Telephone: (919) 856-9494
        Facsimile: (919) 856-9499
        kieran@shanahanlawgroup.com
        *Local Rule 83.1 Counsel*
        *Attorney for Plaintiffs*

Robert J. Tolchin, NY Reg.# 2546596
The Berkman Law Office, PLLC
829 East 15th Street, Box 7
Brooklyn, New York 11230
Telephone: (718) 855-3627
rtolchin@berkmanlaw.com
*Attorney for Plaintiffs*