# Curriculum Vitae: Prof. Rael D. Strous MD, MHA

Maayenei Hayeshua Medical Center
HaRav David Povarski St 17, Bnei Brak, Israel
Email: raels@tauex.tau.ac.il

**Current Title and Affiliation**:
Director Department of Psychiatry, Maayenei Hayeshua Medical Center
Full Professor, Department of Psychiatry, Sackler Faculty of Medicine, Tel Aviv University

## EDUCATION

| | |
|---|---|
| 1984 – 1989 | Medical School, *University of Witwatersrand*, Johannesburg, South Africa, MBBCh |
| 1992 – 1996 | Psychiatry residency, *Albert Einstein College of Medicine*, New York (USA Board Certification) |
| 1996 – 1998 | Clinical Research Fellowship in Psychopharmacology, Massachusetts Mental Health Center, Commonwealth Research Center, *Harvard Medical School*, Boston, USA |
| 2012-2014 | Masters in Health Administration (MHA), *Ben Gurion University* |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1990 | Internship, Hillbrow Hospital, Medicine, Surgery, Johannesburg, South Africa |
| 1991 | Alexandra Health Center, Ambulatory Med., General physician, Johannesburg, South Africa |
| 1991 | Johannesburg General Hospital, Emergency Room MD |
| 1992-1996 | Psychiatry Resident, Albert Einstein College of Medicine, Bronx Municipal Hospital, North Central Bronx Hospital, Montefiore Hospital (<u>Chief Resident</u> Bronx Psychiatric State 1995/6) |
| 1996-1998 | Research Fellow, Commonwealth Research Center, Massachusetts Mental Health Center, Harvard Medical School |
| 1999–2016 | Beer Yaakov Mental Health Center (Director Chronic Inpatient Unit 2003-2013), Deputy Hospital Director 2013-2016) |
| 2005-2015 | Chairman, medication committee, Beer Yaakov Mental Health Center |
| 2013-2015 | Chairman, committee on violence prevention, Beer Yaakov Mental Health Center |
| 2013-2015 | Chairman, residency training committee, Beer Yaakov Mental Health Center |
| 2013-2018 | Member, National Council for Mental Illness |
| 2014-present | Member, National Council for Suicide Prevention |
| 2013-2014 | Member, National Scientific Council for Psychiatry, Israel Medical Association |
| 2013-2014 | Member, National Committee for Quality of Psychiatric Hospitals, Israel Ministry of Health |
| 2014-present | Member National Committee of Professional Ethics, Israel Medical Assoc (*Lishkat Etika*) |
| 2015-present | Chairman, National Committee for Ethics in Psychiatry, Israel Psychiatric Association |
| 2013-2016 | Director of Ambulatory Services, Beer Yaakov Mental Health Center and Deputy Hospital Director, Beer Yaakov Mental Health Center |
| 2016-present | Director Department of Psychiatry, Maayenei Hayeshua Medical Center |

## ACADEMIC AND RESEARCH ACTIVITIES, SACKLER FACULTY OF MEDICINE

| | |
|---|---|
| 2009-2011: | Director, New York State/American Program, Sackler Faculty of Medicine, Tel Aviv Univ. |
| 2008-2010 | Member Medical School Curriculum Committee |
| 2008-2010 | Member Four Year Medical School Program Steering Committee |
| 2003-2015: | Member Medical School Admissions Evaluation Team |
| 2003-2008: | Coordinator medical student exam in psychiatry (USA and Israeli medical students) |
| 2003-2006: | Executive Board Member, Israel Society of Biological Psychiatry |
| 2005-2016 | Member Editorial Board: Law and Medicine Journal |
| 2005-2010: | Member Clinical Teaching Committee, Sackler Faculty of Medicine |
| 2006-2015: | Deputy Editor, Israel Journal of Psychiatry |
| 2008-2010: | Member Planning Committee for four-year medical degree, Sackler Faculty of Medicine |

| 2015-present | Chief Editor, Israel Journal of Psychiatry |
|---|---|
| 2017,18,19 | Co-Leader, Israel Medical Association Tour Delegation in Poland: "Witnesses in White"- Ethics and Medicine during the Holocaust |
| 2020 | Member Special Joint Committee for the Israel National Council on Bioethics, the Ethics Bureau of Israel Medical Assoc. and Israeli Ministry of Health: *Triage Decisions for Severely-ill Patients During the COVID-19 Pandemic* |

## ACADEMIC AND PROFESSIONAL AWARDS

| | |
|---|---|
| 1988 | Alice Cox Award, Best medical student in psychiatry, University Witwatersrand Medical School |
| 1992-5 | Top psychiatric resident in annual national PRITE examination, Department of Psychiatry Albert Einstein College of Medicine (top 1% of all USA psychiatry residents) |
| 1994/95 | Burroughs Wellcome Leadership Award, American Medical Association (AMA) |
| 1994/95 | Mead Johnson Fellowship Award, American Psychiatric Association (APA) |
| 1995 | Young Investigator Award International Congress on Schizophrenia Research, USA |
| 1995 | Lilly Resident Research Award, American Psychiatric Association (APA) |
| 1995/96 | Young Scientist Award, 8th Biennial Winter Workshop on Schizophrenia (Switzerland) |
| 1996 | Young Investigator Award, Society of Biological Psychiatry |
| 1996/7 | Young Researcher Award, American Neuropsychiatric Association |
| 1996 | Dupont-Warren Fellowship Award, Department of Psychiatry, *Harvard Medical School* |
| 1996 | New Investigator Award (NCDEU)/National Institute Mental Health, USA (NIMH) |
| 2000 | Rafaelsen Fellowship Award, Collegium Internationale Neuropsychopharmacologicum (CINP) |
| 2001 | Fellowship Award, World Congress of Biological Psychiatry |
| 2002 | Fellowship Award, European College of Neuropsychopharmacology (ECNP) |
| 2002 | Team Award for Best Research Paper, Israel Psychiatry Association |
| 2002 | Clinical Research Award: Best Clinical Research Paper, Israel Society of Biological Psychiatry |
| 2004 | Outstanding Young Investigator Award, International Congress of Biological Psychiatry |
| 2004 | Donald Cohen Fellowship Award, International Assoc of Child Psychiatry and Allied Professions |
| 2004 | Outstanding Teacher/Lecturer of the Year, Sackler Faculty of Medicine, Tel Aviv University |
| 2006 | Certificate of Honor (research presentation), Israel Society for Biological Psychiatry |
| 2007 | Outstanding Teacher/Lecturer of the Year, Sackler Faculty of Medicine, Tel Aviv University |
| 2010 | Outstanding Employee of Year, Beer Yaakov Mental Health Center |
| 2013 | Special citation recognition, Ministry of Health, Nvei Yaakov closure operation |

## GRANTS AWARDED

| | |
|---|---|
| 2000 | Ministry of Science: Chief Scientist Award, PRINCIPAL INVESTIGATOR, Clinical study of first-episode psychosis |
| 2000 | Israel Institute of Psychobiology Grant, PRINCIPAL INVESTIGATOR, Functional MRI investigation in first-episode schizophrenia |
| 2000 | Guggenheim Foundation Grant, PRINCIPAL INVESTIGATOR, Genetic polymorphisms in violence and aggression |
| 2000 | Israel Ministry of Defense Research Grant, PRINCIPAL INVESTIGATOR, Novel pharmacological management of treatment resistant PTSD |
| 2000 | NARSAD Young Investigator Award, PRINCIPAL INVESTIGATOR, Novel augmentation strategies with neurosteroids in schizophrenia |
| 2002 | Stanley Foundation Grant, CO- PRINCIPAL INVESTIGATOR, Neurosteroids in schizophrenia |
| 2002 | India-Israel Research Project, CO-INVESTIGATOR, Genetics of Schizophrenia |
| 2002 | Dreyfuss Health Foundation, PRINCIPAL INVESTIGATOR, Treatment resistant schizophrenia |
| 2003 | Stanley Foundation Grant, PRINCIPAL INVESTIGATOR, Methyl donors in schizophrenia |
| 2003 | NARSAD Young Investigator Award, PRINCIPAL INVESTIGATOR, Neurosteroids and management of treatment resistance and medication related side-effects in schizophrenia |
| 2007 | Mordechai Ofer Research Award Grant, Tel Aviv University, PRINCIPAL INVESTIGATOR, Psychiatry during the Nazi era, its relevance today and ethical ramifications for current practice |
| 2014 | Claims Conference on Jewish Material Claims Against Germany: Jewish Mentally Ill during the Nazi Era – Research, Educational and Exhibition Project |

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

| | |
|---|---|
| 2003-2014 | World Society of Biological Psychiatry |
| 2003 | International Group Therapy Association |
| 2001-2015 | European College of Neuropsychopharmacology (ECNP) |
| 1999-present | Israel Medical Society |
| 1999-present | Israel Psychiatric Association |
| 1999-2014 | Israel Society for Biological Psychiatry |
| 1996 | American College of Forensic Examiners |
| 1996-8 | Massachusetts Society of Medicine, USA |
| 1994-8, 2006 | International Society of Political Psychology |
| 1992-1998 | American Psychiatric Association |
| 1990 | South African Medical & Dental Council |
| 1990 | General Medical Council (Great Britain) |

**Peer Reviewed Publications: Rael D. Strous MD**

1. **Strous, R.D.,** Cowan, N., Ritter, W., Javitt, D.C. Auditory sensory ("echoic") memory dysfunction in schizophrenia. *American Journal of Psychiatry*;152:10, 1517-1519, 1995.
2. **Strous, R.D**., Javitt, D.C. The NMDA Receptor and Schizophrenia. *The Israel Journal of Medical Sciences*; 32:275-281, 1996.
3. Javitt, D.C , **Strous, R. D**., Grochowski, S., Ritter, W, Cowan, N. Impaired precision, but normal retention, of auditory sensory memory information in schizophrenia. *Journal of Abnormal Psychology*;106:315-324, 1997.
4. **Strous R.D.,** Bark N, Parsia S, Volavka J, Lachman H. M. Analysis of a functional Catechol-O-Methyltransferase gene polymorphism in schizophrenia: Evidence for association with aggressive and antisocial behavior. *Psychiatry Research*;69:71-77, 1997.
5. **Strous R. D.**, Bark N, Woerner M, Lachman HM. Lack of an association of a functional Catechol-O-Methyltransferase gene polymorphism in schizophrenia. *Biological Psychiatry*;41:493-495, 1997.
6. Sheitman BB, Lee H, **Strous R**, Lieberman JA. The evaluation and treatment of first-episode psychosis. Schizophrenia Bulletin;23:653-661, 1997.
7. **Strous RD**, Patel JK, Green AI. Clozapine in the treatment of refractory mania. *Essential Psychopharmacology*; 2:385-402, 1998.
8. Green AI, Zimmet S, **Strous RD**, Schildkraut JJ. Substance use disorder and schizophrenia: Do patients with schizophrenia have a reward deficiency syndrome that can be ameliorated by clozapine. *Harvard Review of Psychiatry*;6:289-296, 1999.
9. **Strous RD**, Patel JK, Zimmet S, Green AI. Clozapine / Paroxetine in the treatment of schizophrenia with disabling obsessive compulsive features. *American Journal of Psychiatry*;156:973-974, 1999.
10. Zimmet SV, **Strous RD**, Burgess ES, Kohnstamm S, Green AI. Effects of clozapine on substance use in patients with schizophrenia and schizoaffective disorder: a retrospective survey. *Journal of Clinical Psychopharmacology*;20:94-8, 2000.
11. **Strous RD**, Shtain M, Oselka-Goren H, Lustig M, Stryjer R, Zerzion M, Baruch Y, Chelben J. Anticipatory Reactions of Psychiatric Inpatients to the Year 2000. *Journal of Nervous and Mental Disease* 2000;188:786-788.
12. **Strous RD**. Halakhic Sensitivity to the Psychotic Individual - the *Shoteh*. *Assia Jewish Medical Ethics*;4(1), 2000.
13. Ilani T, Ben-Shachar D, **Strous RD**, Mazor M, Sheinkman A, Kotler M, Fuchs S. A novel peripheral marker for schizophrenia: Increased levels of $D_3$ dopamine receptor mRNA in blood lymphocytes. *Proceedings of National Academy of Sciences* (PNAS), USA 2001;98:625-8.
14. **Strous RD,** Spivak B, Yoran-Hegesh R, Maayan R, Averbuch E, Kotler M, Mestor R, Weizman A. Analysis of neurosteroid levels in attention deficit hyperactivity disorder. *International Journal of Neuropsychopharmacology* 2001 ;4:259-64

15. **Strous RD**, Pollack S, Robinson D, Sheitman B, Lieberman JA. Seasonal Admission Patterns in First Episode Psychosis, Chronic Schizophrenia and Non-Schizophrenic Psychoses. *Journal of Nervous and Mental Diseases* 2001;189:642-4
16. Buchman N, **Strous RD**, Ulman A-M, Lerner M, Kotler M. Olanzapine-Induced Leukopenia with HLA Profiling. *International Clinical Psychopharmacology* 2001 Jan;16(1):55-7
17. Chelben Y, **Strous RD**, Lustig M, Baruch Y. The alleviation of SSRI-induced akathisia following a switch to nefazodone. *Journal of Clinical Psychiatry* 2001;62:570-1.
18. Stryjer R, **Strous RD**, Bar F, Ulman A-M, Rabey JM. Segmental Dystonia as the Sole Manifestation of Carbamazepine Toxicity. *General Hospital Psychiatry* 2002;24:114-5.
19. Buchman N, **Strous RD**, Baruch Y. Side effects following long term treatment with Fluoxetine. *Clinical Neuropharmacology* 2002;25:55-7.
20. Stryjer R, Bar F, **Strous RD**, Baruch Y, Rabey JM. Donepezil management of schizophrenia with associated dementia. *Journal of Clinical Psychopharmacology* 2002;22:226-229.
21. Buchman N, **Strous RD**, Ulman A-M, Lerner M, Kotler M. HLA profiling in olanzapine-induced leucopenia. *Psychiatry Review Series* 2002;3:12-13.
22. Iancu I, **Strous RD**. Caffeinism: History, Clinical Features, Diagnosis and Treatment. *Pharmacopsychoecologia* 2002;15
23. Szeszko PR, **Strous RD**, Goldman RS, Ashtari M, Knuth KH, Lieberman JA, Bilder RM. Neuropsychological correlates of hippocampus volumes in first-episode schizophrenia. *American Journal of Psychiatry* 2002;159:217-26.
24. Segman RH, Heresco-Levy U, Yakir A, Goltser T, **Strous RD**, Greenberg D, Lerer B. Interactive effect of cytochrome P450 17α-hydroxylase and dopamine D3 receptor gene polymorphisms on abnormal involuntary movements in chronic schizophrenia. *Biological Psychiatry*. 2002;;51:261-3.
25. Green AI, Burgess ES, Zimmet SV, Dawson R, **Strous RD**. Cannabis use in schizophrenia: Effects of risperidone vs. clozapine. *Schizophrenia Research* 2003;60:81-5.
26. Rafael Stryjer, **Rael D. Strous**, Faina Bar, Edith Werber, Ginette Shaked, Yosef Buhiri, Moshe Kotler, Abraham Weizman, Jose M. Rabey Beneficial effect of donepezil augmentation in the management of comorbid schizophrenia and dementia *Clinical Neuropharmacology* 2003;26:12-7
27. **Rael D. Strous,** Rachel Maayan, Raya Lapidus, Rafael Stryjer, Michal Lustig, Moshe Kotler, Abraham Weizman Value of Dehydroepiandrosterone (DHEA) Augmentation in the Management of Negative Symptoms in Schizophrenia. *Archives of General Psychiatry* 2003;60:133-141
28. Rafael Stryjer, **Rael D. Strous**, Ginette Shaked, Faina Bar, Boris Feldman, Moshe Kotler, Lea Polak, Silvio Rosenzweig, Avraham Weizman. Amantadine as augmentation therapy in the management of treatment resistant depression. *International Clinical Psychopharmacology* 2003;18:93-6.
29. **Rael D. Strous**, Rafael Stryjer, Noah Keret, Margarita Bergin, Moshe Kotler. Reactions of Psychiatric and Medical Inpatients to Terror and Security Instability in Israel. *Journal of Nervous and Mental Disorders* 2003;191:126-129.
30. S Shifman, M Bronstein, M Sternfeld, A Shalom, E Lev-Lehman, N Grisaru, L Karp, M Kotler, H Y. Knobler, I Reznik, R Schiffer, E Shinar, B Spivak, **RD. Strous**, M Swartz-Vanetik, A Weizman, B Yakir, Neil Risch, N B. Zak and A Darvasi, A highly significant association between a COMT haplotypes and schizophrenia. *American Journal of Human Genetics* 2002 6:1296-302
31. Rafael Stryjer, **Rael D. Strous**, Faina Bar, Michael Poyurovsky Avraham Weizman, Moshe Kotler. Treatment of neuroleptic induced akathisia with the $5HT_{2a}$ antagonist trazodone. *Clinical Neuropharmacology* 2003;26:137-41.
32. **Rael Strous**, Karen Nolan, Raya Lapidus, Takuya Saito, Herbert M. Lachman. Aggressive behavior in schizophrenia is associated with the low enzyme activity COMT polymorphism: A replication study. *American Journal of Medical Genetics* 2003;120:29-34.
33. **Rael D. Strous** MD, Rafael Stryjer MD, Moshe Zerzion MD, Mordechai Weiss MD, Faina Bar MD. Accent Mimicry: - a Newly Described Imitation Phenomenon of Psychosis? *Israel Medical Association Journal* 2003; 5:61-2.
34. Yaffa Vered, Pavel Golubchik, Tamar Mozes, **Rael Strous**, Allon Nechmad, Roberto Mester, Abraham Weizman, Baruch Spivak. The platelet poor plasma 5-HT response to carbohydrate rich meal administration in adult autistic patients compared to normal controls. *Human Psychopharmacology* 2003;18:395-9.

35. Orly Perl, Tal Ilani, **Rael D. Strous**, Raya Lapidus, Sara Fuchs. he 7 Nicotinic Acetylcholine Receptor in Schizophrenia: Decreased mRNA Levels in Peripheral Blood Lymphocytes *FASEB Journal* 2003;17:1948-1950.
36. Rachel Maayan, Baruch Spivak, **Rael Strous**, Allon Nechmad, Roni Yoran-Hegesh, Elena Averbuch, Roberto Mester, Abraham Weizman. Chronic methylphenidate treatment increases plasma levels of dehydroepiandrosterone and dehydroepiandrosterone sulphate in attention deficit hyperactivity disorder. *Neuropsychobiology*. 2003;48:111-5.
37. Segman, R.H., Goltser, T., Heresco-Levy U., Finkel, B., **Strous, RD**., Shalem, R., Schlafman, M., Yakir, A., Greenberg, D., Lerner, A., Shelevoy, A., Lerer, B. Association of dopaminergic and serotonergic genes with tardive dyskinesia in patients with chronic schizophrenia. *Pharmacogenomics J.* 2003;3:277-83.
38. V Lerner, I Libov, M Kotler, **RD Strous**. Combination of Atypical Neuroleptics in Treatment of Resistant Schizophrenic and Schizoaffective Patients. *Progress in Neuro-psychopharmacology and Biological Psychiatry* 2004;28:89-98.
39. Kotler M, **Strous RD**, Reznik I, Shwartz S, Weizman A, Spivak B. Sulpiride Augmentation of Olanzapine in the Management of Treatment-Resistant Chronic Schizophrenia: Evidence for Improvement of Mood Symptomatology. *International Clinical Psychopharmacology* 2004;19:23-26.
40. Ginette Shaked, N Renert, I Mahuda, **Rael D. Strous**. Psychiatric Care in the Middle East: A "Mental Health Supermarket" in the Town of Lod. *Psychiatric Rehabilitation Journal* 2004;27:207-211.
41. Ilya Reznik, Iris Yavin, Rafael Stryjer, Baruch Spivak, Noah Gonen, Moshe Kotler, **Rael Strous**, Abraham Weizman, Roberto Mester. Clozapine in the treatment of obsessive-compulsive symptoms in schizophrenia. A case series study. *Pharmacopsychiatry* 2004;37(2):52-6.
42. Iulian Iancu, **Rael D. Strous**, Nadav Nevo, Joseph Chelben. A Table Tennis Tournament in the Psychiatric Hospital: description and suggestion for salutogenic implications. *International Journal of Psychosocial Rehabilitation* 2004;9:11-16.
43. Stopkova P, Saito T, Papolos DF, Vevera J, Paclt I, Zukov I, Bersson YB, Margolis BA, **Strous RD**, Lachman HM. Identification of PIK3C3 promoter variant associated with bipolar disorder and schizophrenia. *Biological Psychiatry* 2004 55:981-988.
44. R Stryjer, D Grupper, **R Strous**, M Poyurovsky, Abraham Weizman. Mianserin for the rapid improvement of chronic akathisia in a schizophrenia patient. *European Psychiatry* 2004 19:237-8
45. **Strous RD**, Ofir D, Brodsky O, Yakirevitch J, Drannikov A, Navo N, Kotler M. Reactions of Psychiatric Inpatients to the Threat of Biological and Chemical Warfare in Israel. *Journal of Nervous and Mental Disorders* 2004;192(4):318-323.
46. **Strous RD**, Strjyer R, Ofir D, Weiss M, Bar F, Baruch Y, Kotler M. DSMIV self-evaluation by psychiatrists. *Israel Journal of Psychiatry* 2004;41:197-207.
47. **Strous RD**, Alvir J, Robinson D, Sheitman B, Chakos M, Lieberman JA. Premorbid function in Schizophrenia, relation to baseline symptoms, treatment response and medication side-effects. *Schizophrenia Bulletin* 2004;30:265-78
48. Maayan R, Kaplan B, **Strous RD**, Abou Kaud M, Fisch B, Shinnar N, Weizman A. The influence of parturition on the level and synthesis of sulfated and free neurosteroids in rats. *Neuropsychobiology* 2004;49:17-23.
49. Shifman S, Bronstein M, Sternfeld M, Pisanté A, Weizman A, Reznik I, Spivak B, Grisaru N, Karp L, Schiffer R, Kotler M, **Strous RD**, Swartz-Vanetik M, Y. Knobler HY, Shinar E, Yakir B, Zak NB, Darvasi A. COMT: A common susceptibility gene in bipolar disorder and schizophrenia. *American Journal of Medical Genetics* 2004 ;128B(1):61-4.
50. Ritsner M, Maayan R, Gibel A, **Strous RD**, Modai I, Weizman A. Elevation of the Cortisol/Dehydroepiandrosterone and Cortisol/Dehydroepiandrosterone Sulfate Ratios in Medicated Schizophrenia Inpatients. *European Neuropsychopharmacology* 2004;14:267-273.
51. Rafael Stryjer, **Rael Strous**, Faina Bar, Ginette Shaked, Roni Shiloh, Silvio Rozencweig, Daniel Grupper, Nili Buchman, Moshe Kotler, J. Martin Rabey, Abraham Weizman. Donepezil augmentation of clozapine monotherapy: a preliminary double-blind cross over study. *Human Psychopharmacology: Clinical & Experimental* 2004 19:343-6.

52. Baruch Spivak, Pavel Golubchik, Tamar Mozes, Yaffa Vered, Abraham Weizman, **Rael D. Strous.** Low Platelet-Poor Plasma Levels of Serotonin in Adult Autistic Patients *Neuropsychobiology*. 2004;50(2):157-60
53. **Strous RD**, Kotler M. The Ripple Effect of the Toll of Terror. *Israel Medical Association Journal* 2004;6:425-426.
54. Iancu I, **Strous R**, Kotler M. Schizophrenia. Aurora, Medical Publications 2004
55. Ilani T, **Strous RD,** Fuchs S. Dopaminergic regulation of immune cells via D3 dopamine receptor: a pathway mediated by activated T cells. *FASEB* 2004;18:1600-2.
56. **Rael D. Strous**, Vladimir Lerner. Multiple versus single antipsychotic agents for hospitalized psychiatric patients: case-control study of risks versus benefits. *American Journal of Psychiatry* 162(3):631-2
57. **Strous RD.** Dehydroepiandrosterone (DHEA) Augmentation in the Management of Schizophrenia Symptomatology. *Essential Psychopharmacology* 2005;6:141-7.
58. **Rael D. Strous,** Rachel Maayan, Raya Lapidus, Leonid Goredetsky, Ella Zeldich, Moshe Kotler, Abraham Weizman. Increased Circulatory Dehydroepiandrosterone (DHEA) and Dehydroepiandrosterone-Sulphate (DHEA-S) in First-Episode Schizophrenia: Relationship to Gender, Aggression and Symptomatology. *Schizophrenia Research* 2004;71:427-34.
59. Erika Mendelsohn, Michal Rosenthal, Yosef Bohiri, Edith Werber, Moshe Kotler, **Rael D. Strous**. Rivastigmine Augmentation in the Management of Chronic Schizophrenia with Comorbid Dementia: An Open-Label Study investigating effects on Cognition, Behavior and Activities of Daily Living. *International Clinical Psychopharmacology* 2004;19:319-24.
60. **Rael D. Strous**, Yehuda Shoenfeld. The Revisiting of Old Ghosts: Prenatal Viral Exposure and Schizophrenia. *Israel Medical Association Journal* (editorial) 2005;7:43-5..
61. Bernard Lerer, Ronnen H. Segman, Ene-Choo Tan , Vincenzo S. Basile, Roberto Cavallaro, Harald N. Aschauer, **Rael D. Strous**, Siow-Ann Chong, Massimiliano Verga, Joachim Scharfetter, Herbert Y. Meltzer, James L. Kennedy, Fabio Macciardi. Genetic architecture of a complex neuropsychiatric phenotype: Combined analysis of 635 patients confirms an age-related association of the 5-HT2A receptor gene with tardive dyskinesia and specificity for the non-orofacial subtype. *International Journal of Neuropsychopharmacology* 2005 Apr 28;:1-15
62. **Strous RD**. The *Shoteh* and Psychosis in Halacha with Contemporary Clinical Application. *Torah U'Madah* 2004;12:158-178.
63. **Rael D. Strous,** Pavel Golubchik, Rachel Maayan, Tamar Mozes, Dafna Tuati-Werner, Abraham Weizman, Baruch Spivak. Lowered DHEA-S Plasma Levels in Adult Individuals with Autistic Disorder. *European Neuropsychopharmacology* 2005 May;15(3):305-9.
64. Arie Shlosberg, **Rael D. Strous.** Long-Term Follow-up (32 years) of PTSD in Yom Kippur War Veterans. *Journal of Nervous and Mental Disease* 2005;193:693-6.
65. **RD Strous**, Y Ratner, A Gibel, A Ponizovsky, M Ritsner. Longitudinal multidimensional assessment of coping strategies at exacerbation and stabilization in schizophrenia. *Comprehensive Psychiatry* 2005;46:167-175
66. Rachel Maayan, **Rael D. Strous**, Machmoud Abou-Kaoud, Abraham Weizman. The Effect of 17β Estradiol Withdrawal on the Level of Brain and Peripheral Neurosteroids in Ovarectomized Rats. *Neuroscience Letters* 2005;384:156-61.
67. Iulian Iancu, **Rael D Strous**, Sergio Marchevsky, Amir Poreh, Yossi Chelben, Moshe Kotler. Psychiatric inpatients' reactions to the SARS epidemic: an Israeli survey. *Israel Journal of Psychiatry*
68. Neil Laufer, Rachel Maayan, Haggai Hermesh, Sofi Marom, Royi Gilad, **Rael Strous**, Abraham Weizman. Involvement of $GABA_A$ receptor modulating neuroactive steroids in patients with social phobia. *Psychiatric Research* 2005;137:131-6.
69. Tali Nachshoni, Tanya Ebert, Yehuda Abramovitch, Miriam Assael-Amir, Moshe Kotler, Rachel Maayan, Abraham Weizman, **Rael .D. Strous**. Improvement of Extrapyramidal Symptoms following DHEA Administration in Antipsychotic Treated Schizophrenia Patients: A 7-Day Randomized, Double-Blind Placebo Controlled Trial. *Schizophrenia Research*. 2005
70. Iancu I, **Strous RD**. Caffeinism: History, Clinical, Diagnosis, Treatment. *Harefuah* 2006;145:147-51.

71. Yehuda Baruch, Moshe Kotler, Joy Benatov, **Rael D. Strous**. Psychiatry Admissions and Hospitalization in Israel: An Epidemiological Study of Where We Stand Today and Where We Are Going. *Israel Medical Association Journal*. 2005;7:803–807.
72. **Strous RD**, Bar F, Keret N, Lapidus R, Kosov N, Chelben J, Kotler M. Analysis of Clinical Characteristics and Antipsychotic Medication Prescribing Practices of First Episode Psychosis: A Naturalistic Prospective Study. *Israel J Psychiatry Related Sciences* 2006;43:2-9.
73. **Strous RD**. Euthansia of the Mentally Ill. *American Journal of Psychiatry* 2006;163:27.
74. **Rael D Strous**, Mordechai Weiss, Irit Felsen, Boris Finkel, Yuval Melamed, Moshe Kotler, Dori Laub. Video Testimony of Long-Term Hospitalized Psychiatrically Ill Holocaust Survivors. *American Journal of Psychiatry* 2005 162: 2287-2294.
75. **Rael D. Strous**, Raya Lapidus, Dina Viglin, Moshe Kotler, Herbert M. Lachman. Lack of an Association between the COMT polymorphism and Clinical Symptoms in Schizophrenia. *Neuroscience Letters* 2005 Oct 15.
76. Baruch Greenwald, Oshrit Ben-Ari, **Rael D. Strous**, Dori Laub. Psychiatry, Testimony, and Shoah : Reconstructing the Narratives of the Muted. *Social Work and Health Care* 2006;43:199-214.
77. Baruch Spivak, **Rael D. Strous**, Ginette Shaked, Evgeny Shabash, Moshe Kotler, Abraham Weizman. Reboxetine versus Fluvoxamine in the Treatment of Motor Vehicle Accident Related Post Traumatic Stress Disorder: A Double-Blind, Fixed-Dosage Controlled Trial. *Journal of Clinical Psychopharmacology* 2006;26:152-156.
78. **Strous RD,** Maayan R, Kotler M, Weizman A. Effects on Hormonal Profile following Dehydroepiandrosterone (DHEA) Administration to Schizophrenia Patients. *Clinical Neuropharmacology*. 2005; 28:265-269.
79. **Rael D. Strous,** Rachel Maayan, Abraham Weizman. The Relevance of Neurosteroids to Clinical Psychiatry: From the Laboratory to the Bedside. *European Neuropsychopharm* 2006;16:155-69.
80. **Rael D. Strous**. Hitler's Psychiatrists: Healers and Researchers Turned Executioners and its Relevance Today. *Harvard Review of Psychiatry* 2006;14:30-7.
81. Mendelsohn A, **Strous RD**, Bleich M, Assaf Y, Hendler T. Regional Axonal Abnormalities in First-Episode Schizophrenia: Evidence Based on High b-value Diffusion Weighted Imaging. *Psychiatry Research*: 2006 Mar 6.
82. Perl O, **Strous RD**, Dranikov A, Chen R, Fuchs S. Low levels of alpha7 nicotinic acetylcholine receptor mRNA on peripheral blood lymphocytes in schizophrenia and its association with illness severity. *Neuropsychobiology* 2006;53:88-93.
83. Kipnis J, Cardon M, **Strous RD**, Schwartz M, Loss of autoimmune T cells correlates with brain diseases: implications for schizophrenia? *Trends In Molecular Medicine* 2006 Feb 7.
84. **Strous RD**, Greenbaum L, Kanyas K, Merbl Y, Horowitz A, Karni O, Viglin D, Olender T, Deshpande SN, Lancet D, Ben-Asher E, Lerer B. Association of the dopamine receptor interacting protein gene, *NEF3*, with early response to antipsychotic drugs. International Journal of *Neuropsychopharmacology* 2006:1-13 [Epub ahead of print]
85. Kupchik M, **Strous RD**, Erez R, Gonen N, Weizman A, Spivak B. Demographic and Clinical Characteristics of Motor Vehicle Accident Victims in the Community General Health Outpatient Clinic: A Comparison of Post-Traumatic Stress Disorder (PTSD) and Non-PTSD subjects. *Depression and Anxiety* 2006 Sep 25; [Epub ahead of print]
86. **Strous RD**, Kupchik M, Roitman S, Schwartz S, Gonen N, Mester R, Weizman A, Spivak B. Comparison between Risperidone, Olanzapine, and Clozapine in the Management of Chronic Schizophrenia: A Naturalistic Prospective 12-Week Observational Study. *Human Psychopharmacology* 2006;21:235-243..
87. Ritsner MS, Gibel A, Ratner Y, Tsinovoy G, **Strous RD.** Dehydroepiandrosterone as Additive Treatment in Schizophrenia: A randomized double-blind, placebo-controlled, crossover trial *Journal of Clinical Psychopharmacology* 2006;26:495-499.
88. **Strous RD**, Ulman A, Kotler M. The Hateful Patient Revisited: Relevance for 21st Century Medicine. *European Journal of Internal Medicine* 2006;17: 387-393.
89. **Strous RD**, Stryjer R, Maayan R, Gal G, Viglin D, Katz E, Eisner, D, Weizman A. Analysis of Clinical Symptomatology, Extrapyramidal Symptoms and Neurocognitive Dysfunction following

Dehydroepiandrosterone (DHEA) Administration in Olanzapine Treated Schizophrenia Patients: A Randomized, Double-Blind Placebo Controlled Trial *Psychoneuroendocrinology* 2007;32:96-105.

90. **Strous RD**, Shoenfeld Y. Schizophrenia, Autoimmunity and Immune System Dysregulation: A Comprehensive Model Updated and Revisited *Journal of Autoimmunity* 2006;27:71-80.
91. Golubchik P, Lewis M, Maayan R, Sever J, **Strous RD**, Weizman A. Neurosteroids in child and adolescent psychopathology *European Neuropsychopharmacology* 2007 Feb;17(3):157-64.
92. **Strous RD**, Shoenfeld Y. To Smell the Immune System: Olfaction, Autoimmunity and Brain Involvement. *Autoimmunity Reviews* 2006;6:54-60.
93. Maayan R, Touati-Werner D, Ram E, **Strous RD**, Keren O, Weizman A. The protective effect of frontal cortex dehydroepiandrosterone in anxiety and depressive models in mice. *Pharmacology, Biochemistry and Behavior* 2006;85:415-21.
94. Lepkifker E, Kotler M, Horesh N, **Strous RD,** Iancu I. Experience with Lithium Therapy in Mood Disorders among the Middle Aged and Elderly Patient Subpopulation. Depression and Anxiety 2007;24(8):571-6.
95. Zivotofsky AZ, Edelman S, Green T, Fostick L, **Strous RD.** Hemisphere asymmetry in Schizophrenia as revealed through line bisection, line trisection and letter cancellation. Brain Research 2007;1142:70-9.
96. Iancu I, Tchernihovsky E, Maayan R, Poreh A, Dannon P, Kotler M, Weizman A, **Strous RD**. Circulatory neurosteroid levels in smoking and non-smoking chronic schizophrenia patients. *European Neuropsychopharmacology* 2007;17:541-5.
97. Greenbaum L,* **Strous RD**, * Kanyas K, Merbl Y, Horowitz A, Karni O, Katz E, Kotler M, Olender T, Deshpande SN, Lancet D, Ben-Asher E, Lerer B. (*equal contribution). Association of the RGS2 gene with extrapyramidal symptoms (EPS) induced by treatment with antipsychotic medication. *Pharmacogenetics and Genomics* 2007;17:519-28.
98. **Strous RD**, Edelman MC. Eponyms and the Nazi Era: Time to remember and time for change. Israel Medical Association Journal 2007;9:207-14.
99 **Strous RD.** Nazi Psychiatry: Ethical Lessons for the Modern Professional. *Annals of General Psychiatry* 2007;6:8.
100 **Strous RD**, Mishali N, Ranan Y, Benyatov J, Green D, Zivotofsky AZ. Confronting the bomber: Coping at the site of previous terror attacks. *Journal of Nervous and Mental Disease* 2007;195:233-9.
101. **Strous RD.** Political Activism: Should Psychologists and Psychiatrists Try to Make a Difference? *Israel Journal of Psychiatry* 2007;44:12-7.
102 **Strous RD**, Laub D. Video Testimony in the Management of Chronic PTSD. *Directions in Psychiatry* 2007;27:35-41.
103. Greenbaum L, Smith RC, Rigbi A, **Strous R**, Teltsh O, Kanyas K, Korner M, Lancet D, Ben-Asher E, Lerer B. Further evidence for association of the *RGS2* gene with antipsychotic induced parkinsonism: Protective role of a functional polymorphism the 3'untranslated region. *Pharmacogenomics Journal* 2008 Mar 18. [Epub ahead of print]
104. Zivotofsky AZ, Oron L, Hibsher-Jacobson L, Weintraub Y, **Strous RD** . Finding the hidden faces: Schizophrenic patients fare worse than healthy subjects. *Neuropsychologia* 2008;46:2140-4.
105. **Strous RD**, Gibel A, Maayan R, Weizman A, Ritsner MS. Hormonal response to dehydroepiandrosterone administration in schizophrenia: Findings from a randomized, double-blind, placebo-controlled, crossover study. *Journal Clinical Psychopharmacology* 2008;28:456-9.
106. **Strous RD**, Ritsner MS, Adler S, Ratner Y, Maayan R, Kotler M, Lachman H, Weizman A. Improvement of Aggressive Behavior and Quality of Life Impairment Following S-Adenosyl-Methionine (SAM-e) Augmentation in Schizophrenia. *European Neuropsychopharmacology* 2008 Sep 26. [Epub ahead of print]
107. Nachshoni T, Abramovitch Y, Lerner V, Assael-Amir M, Kotler M, **Strous RD**. Psychologist's and Social Workers' Self-Descriptions Using DSM-IV Psychopathology. *Psychological Reports* 2008;103:173-88.
108. Stryjer R, Spivak B, **Strous RD**, Shiloh R, Harary E, Polak L, Birgen M, Kotler M, Weizman A. Trazodone for the Treatment of Sexual Dysfunction Induced by Serotonin Reuptake Inhibitors: A Preliminary Open-Label Study. *Clinical Neuropharmacology* 2008 Oct 23. [Epub ahead of print]
109. **Strous R**. Extermination of the Jewish mentally-ill during the Nazi era--the "doubly cursed". *Isr J Psychiatry Relat Sci*. 2008;45(4):247-56.
110. **Strous RD**. To Protect or to Publish: Confidentiality and the Fate of the Mentally-Ill Victims of Nazi Euthanasia. *Journal of Medical Ethics* 2009;35:361-364.

111. **Strous RD.** Dr Irmfried Eberl (1910-1948): Mass murdering MD *Israel Medical Association Journal (IMAJ)* 2009;11:216-218
112. **Strous RD**, Maayan R, Kaminsky M, Weizman A, Spivak B. DHEA and DHEA-S Levels in Hospitalized Adolescents with First-Episode Schizophrenia and Conduct Disorder: a comparison study. *European Neuropsychopharmacology* 2009;19:499-503.
113. Cohen-Yavin I, Yoran-Hegesh R, **Strous RD**, Kotler M, Weizman, A,, Spivak B. Efficacy of reboxetine in the treatment of attention-deficit hyperactivity disorder in boys with intolerance to methylphenidate. An open-label, 8-week, methylphenidate- controlled trial. *Clinical Neuropharmacology* 2009;32:179-82.
114. Bleich-Cohen M, **Strous RD**, Even R, Yovel G, Iancu, I, Olmer A, Hendler T. Diminished neural sensitivity to irregular facial expression in first-episode schizophrenia. *Human Brain Mapping* 2009;30:2606-16.
115. Ritsner MS, **Strous RD**. Neurocognitive deficits in schizophrenia are associated with alterations in blood levels of neurosteroids: a multiple regression analysis of findings from double-blind, randomized, placebo-controlled, crossover trial with DHEA. *Journal of Psychiatry Research* 2010 Jan;44(2):75-80.
116. **Strous RD**, Koppel M, Fine J, Nahaliel S, Shaked G, Zivotofsky AZ. Automated Characterization and Identification of Schizophrenia in Writing. *Journal of Nervous and Mental Disease* 2009;197:585-8.
117. Bleich M, Hendler T, Kotler M, **Strous RD**. Reduced language Lateralization in First-episode Schizophrenia: An fMRI Index of Functional Asymmetry. *Psychiatry Research*: 2009;171:82-93.
118. **Strous RD.** Antisemitism and the History of Medicine, the Challenge Then and Now. *Israel Medical Association Journal (IMAJ)* (2010)
119. **Strous RD**, Jotkowitz A. Ethics and research in the service of asylum seekers. *Am J Bioeth.* 2010 Feb;10(2):63-5.
120. **Strous RD.** Psychiatric genocide: reflections and responsibilities. *Schizophr Bulletin*. 2010;36:208-10.
121. Gesundheit B, Reichenberg E, **Strous RD**. Resilience: Message from a "Mengele twin" survivor. *Psychiatric Services* 2011 Oct;62(10):1127-9.
122. **Strous RD.** Ethical Considerations in Clinical Training, Care and Research in Psychopharmacology. *International Journal of Neuropsychopharmacology* 2011 Apr;14(3):413-24.
123. Kritchmann Lupo M, **Strous RD**. Religiosity and anxiety and depression among Israeli medical students. Israel Medical Association Journal 2011 Oct;13(10):613-8.
124. Bergman Levy T, Azur S, Huberfeld R, Siegel AM, **Strous RD** Attitudes towards euthanasia and assisted suicide: a comparison between psychiatrists and other physicians. *Bioethics* 2012 Apr 12..
125. Shlomi I, Harari L, Baum M, **Strous RD**. Postpartum PTSD: The uninvited birth companion *Israel Medical Association Journal* 2012 Jun;14(6):347-53.
126. Stryjer R, Ophir D, Bar F, Spivak B, Weizman A, **Strous RD**. Rivastigmine treatment for the prevention of electroconvulsive therapy-induced memory deficits in patients with schizophrenia. *Clin Neuropharmacol*. 2012 Jul-Aug;35(4):161-4
127. Olmer A, Iancu I, **Strous RD**. Exposure to antidepressant medications and suicide attempts in adult depressed inpatients. *J Nerv Ment Dis*. 2012 Jun;200(6):531-4.
128. Greenberg B, **Strous RD**. Werther's syndrome: copycat self-immolation in Israel with a call for responsible media response. *Isr Med Assoc J.* 2012 Aug;14(8):467-9.
129. Zivotofsky AZ, **Strous RD**. A perspective on the electrical stunning of animals: are there lessons to be learned from human electro-convulsive therapy (ECT)? *Meat Sci.* 2012 Apr;90(4):956-61.
130. **Strous RD**. The physician and the media: flippant professionalism? Isr Med Assoc J. 2012 Mar;14:143-6.
131. Maayan R, Ram E, Biton D, Cohen H, Baharav E, **Strous RD**, Weizman A. The influence of DHEA pretreatment on prepulse inhibition and the HPA-axis stress response in rat offspring exposed prenatally to polyriboinosinic-polyribocytidylic-acid (PIC). *Neurosci Lett*. 2012 Jul 11;521(1):6-10.
132. **Strous RD**, Bergman-Levy T, Greenberg B. Postmortem brain donation and organ transplantation in schizophrenia: what about patient consent? *J Med Ethics*. 2012 Jul;38(7):442-4.
133. **Strous RD**. Ethical considerations during times of conflict: challenges and pitfalls for the psychiatrist. *Isr J Psychiatry Relat Sci.* 2013;50(2):122-8.
134. Walsh K, Elliott JC, Shmulewitz D, Aharonovich E, **Strous R**, Frisch A, Weizman A, Spivak B, Grant BF, Hasin D. Trauma exposure, posttraumatic stress disorder and risk for alcohol, nicotine, and marijuana dependence in Israel. *Compr Psychiatry*. 2013 Nov 27.

135. Lindert, J, Stein Y, Guggenheim H, Jaakkola JK, von Cranach M, **Strous RD**. How Ethics Failed –The Role of Psychiatrists and Physicians in Nazi Programs from Exclusion to Extermination, 1933-1945. *Public Health Reviews,* 2013;Vol. 34, No 1.
136. **Strous RD** Physician: make a boundary for thyself--keep out of partisan politics! *Isr Med Assoc J.* 2014;16(3):173-4.
137. **Strous RD**, Zivotofsky AZ. Looking to the Future From the Past: Take Home Lessons From Japanese World War II Medical Atrocities. *Am J Bioeth*. 2015;15(6):59-61.
138. Glick S, Clarfield AM, **Strous RD**, Horton R. Academic Debate: Publications Which Promote Political Agendas Have no Place in Scientific and Medical Journals, and Academics Should Refrain from Publishing in Such Journals. *Rambam Maimonides Med J*. 2015 Jan 29;6(1):e0003
139. **Strous RD**, Opler AA, Opler LA. Reflections on "Emil Kraepelin: Icon and Reality". *Am J Psychiatry*. 2016
140. Olmer A, Greenberg B, **Strous RD**. Assessing the Need for Hospitalization in Order to Conduct a Psychiatric Evaluation as part of Criminal Law Procedure. *Isr Med Assoc J*. 2015 Sep;17(9):533-7.
141. **Strous RD**, Opler AA, Opler LA. Reflections on "Emil Kraepelin: Icon and Reality". *Am J Psychiatry*. 2016 Mar 1;173(3):300-1.
142. Gold A, **Strous RD**. Second thoughts about who is first: the medical triage of violent perpetrators and their victims. *J Med Ethics*. 2016 Aug 29.
143. Bergman-Levy T, Asman O, Dahan E, Greenberg B, Hirshmann S, **Strous R**. Specific Ethical Codes for Mental Health Care Professionals: Do We Need to Annotate? *Isr Med Assoc J*. 2016;18(8):454-460.
144. Gold A, **Strous RD**. Second call for second thoughts: a response to Ardagh and Wicclair. *J Med Ethics*. 2017 May;43(5):305-306.
145. Shlomi Polachek I, Manor A, Baumfeld Y, Bagadia A, Polachek A, **Strous RD**, Dolev Z. Sex Differences in Psychiatric Hospitalizations of Individuals With Psychotic Disorders. *J Nerv Ment Dis*. 2017 Apr;205(4):313-317.
146. Sonnenblick Y, Taler M, Bachner YC, **Strous RD**. Exercise, dehydroepiandrosterone (DHEA) and mood change: a rationale for the "runners high"? *Israel Medical Association Journal (IMAJ),* 2018 Jun;20(6):335-339.
147. Asman O, Bergman-Levy T, Greenberg B, **Strous R**. Psychiatrists' Media Involvement: A Survey of Attitudes. *Isr J Psychiatry* 2018;55(2):46-50.
148. **Strous RD**, Gold A. Ethical lessons learned and to be learned from mass casualty events by terrorism. Curr Opin Anaesthesiol. 2019 Apr;32(2):174-178.
149. Alkelai A, Greenbaum L, Heinzen EL, Baugh EH, Teitelbaum A, Zhu X, **Strous RD**, Tatarskyy P, Zai CC, Tiwari AK, Tampakeras M, Freeman N, Müller DJ, Voineskos AN, Lieberman JA, Delaney SL, Meltzer HY, Remington G, Kennedy JL, Pulver AE, Peabody EP, Levy DL, Lerer B. New insights into tardive dyskinesia genetics: Implementation of whole-exome sequencing approach. *Prog Neuropsychopharmacol Biol Psychiatry*. 2019 May 30;94:109659. doi: 10.1016/j.pnpbp.2019.109659.
150. **Strous R**, Belmaker H. Psychiatry: the last outpost of medicine? *Harefuah*. 2019 Jul;158(7):415-417.
151. Serfaty D, Biran-Ovadia A, **Strous RD**. Treatment issues in psychiatry in the management of the Haredi subpopulation. *Harefuah*. 2019 Jul;158(7):463-467.
152. Frenkel EA, Israeli D, Gold A, Serfaty D, **Strous RD.** Minor gifts from pharmaceutical companies to doctors: A comparison between psychiatry and general medicine. *Indian J Med Ethics*. 2020 Apr-Jun;V(2):116-119.
153. Fox MA, **Strous RD**. "Witness in white" seminar tours on medicine and physicians in the Holocaiust. *Harefuah*. 2020 Apr;159(4):287-291.
154. Krol FJ, Hagin M, Vieta E, Harazi R, Lotan A, **Strous RD**, Lerer B, Popovic D. Placebo-To be or not to be? Are there really alternatives to placebo-controlled trials? *Eur Neuropsychopharmacol*. 2020 Mar;32:1-11.
155. **Strous RD**, Gold A. Psychiatry and COVID-19: putting our best foot forward. *Br J Psychiatry*. 2020 May 4:1-3.
156. Serfaty D, Biran-Ovadia A, **Strous RD** First Episode Psychosis in the Ultra-Orthodox Jewish Population. *Transcultural Psychiatry*, in press
157. Gold A, **Strous RD**, Appelbaum P. COVID-19 and Involuntary Hospitalization: Navigating the Challenge. *Lancet Psychiatry*, 2020;7(7):572-573.

158. **Strous RD**, Tami Karni. The ethics of sharing medical knowledge with the community: is the physician responsible for medical outreach during a pandemic? *Journal Medical Ethics*, 2020;46(11):732-735.
159. Gold A, Greenberg B, **Strous R**, Asman O. When do caregivers ignore the veil of ignorance? An empirical study on medical triage decision-making. *Med Health Care Philos*. 2021 4:1-13.
160. Serfaty D, **Strous RD**. Role of Religion in Psychotic Illness in the Israeli Ultra-Orthodox Jewish Population: patient beliefs and expectations. *Journal of Nervous and Mental Disease*, 2021;209(2):100-105.
161. Serfaty DR, Cherniak AD, **Strous RD**. How are psychotic symptoms and treatment factors affected by religion? A cross-sectional study about religious coping among ultra-Orthodox Jews. *Psychiatry Res*. 2020 Nov;293:113349.

**Chapters in Books**
1. Iancu I, **Strous RD.** Caffeinism: History, Clinical Features, Diagnosis and Treatment Pharmacopsychoecologia 2002;15.
2. **Strous R**. Understanding Mental Disorders: Guidelines for the Rabbi. In A practical Guide to Rabbinic Counseling. Ed. Levitz YN, Twerski AJ. Feldheim Publishers, Jerusalem, 2005.
3. **Strous R**. Suicide: The Rabbi's Role. In A practical Guide to Rabbinic Counseling. Ed. Levitz YN, Twerski AJ. Feldheim Publishers, Jerusalem, 2005.
4. Stryjer R, **Strous RD**, Shiloh R, Poyurovsky M, Weizman A. 5HT2a Antagonists for the management of neuroleptic induced acute akathisia. (in Focus on Serotonin Uptake Inhibitor Research, ed. Anne C. Shirley 2006
5. Iancu I, **Strous RD**. Caffeinism, in Caffeine and Activation Theory, Taylor and Francis, Boca Raton, Florida 2006.
6. **Strous RD**. Neurosteroids in the aging brain. In Neuroactive Steroids in Brain Functions, and Mental Health: New Perspectives for Research and Treatment 2008.
7. **Strous RD**. Historical injustice in psychiatry with examples from Nazi Germany and others: ethical lessons for the modern professional. Coercive Treatment Psychiatry ed Thomas Kallert 2011
8. **Strous RD**. History and its relevance in the development and teaching of research ethics In Schildmann J, Sandow V, Rauprich O, Vollmann J (eds): Human Medical Research. Ethical, Legal and Socio-Cultural Aspects. 2012.