IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-230-BO

CAMERON CAIN-BAARBÉ, *individually and as the representative of the* ESTATE OF ALEXANDER PINCZOWSKI; JAMES PALMER CAIN; and HELEN REVELLE CAIN;

RON GREENFIELD; PNINA GREENFIELD; LIRON SHALOM GREENFIELD; SHERE GREENFIELD; GILI GREENFIELD; and SHYE GREENFIELD;

CARYN OR TSADOK ORBACH and URI ORBACH, *individually and as the representatives of the* ESTATE OF EREZ ORBACH *and on behalf of their minor children* A.O., E.O., and O.O.; EITAN ORBACH; and ALON ORBACH;

EYTAN YAIR RUND and TAMAR BRACHA RUND, *individually and on behalf of their minor children* S.A.R., H.H.R., and Y.M.R.;

NITZACHYA GOLDMAN, *individually and as the representative of the* ESTATE OF AVRAHAM GOLDMAN; GILA NISSENBAUM; NATAN GOLDMAN; MAYA GOLDMAN COHEN; SHARON GOLDMAN NAJMAN; YOSEF GOLDMAN; ISRAEL GORENZKY; and TAMAR CHORESH;

BEATRIZ GONZALEZ, *individually and as the representative of the* ESTATE OF NOHEMI GONZALEZ; JOSE HERNANDEZ; REY GONZALEZ; and PAUL GONZALEZ,

     Plaintiffs,

     v.

THE SYRIAN ARAB REPUBLIC,

     Defendant.

1

## ORDER

THIS MATTER comes before the Court by Motion of Plaintiffs to file their US passports and other identification documents under seal as to not publicly make available Plaintiffs' personal information included on their US passports.

FOR GOOD CAUSE SHOWN Plaintiffs' Motion to File Passports and other Identification Documents Under Seal [DE 71] is hereby GRANTED.

SO ORDERED this the 18 day of April, 2023.

*Terrence Boyle*
Hon. TERRENCE W. BOYLE
United States District Judge

2