

Case 5:20-cv-00230-BO    Document 108-1    Filed 05/22/23    Page 1 of 1