

Case 5:20-cv-00230-BO Document 108-3 Filed 05/22/23 Page 1 of 1