

Case 5:20-cv-00230-BO     Document 108-6     Filed 05/22/23     Page 1 of 1