| Plaintiff | Pain & Suffering; Emotional & Psychological Distress; Solatium | Economic Loss | Prejudgment Interest | Total with Prejudgment Interest |
|---|---|---|---|---|
| Beatriz Gonzalez | $7,500,000.00 | | $2,541,000.00 | $10,041,000.00 |
| Estate of Nohemi Gonzalez | $2,000,000.00 | $1,493,216.00 | $1,183,501.58 | $4,676,717.58 |
| Paul Gonzalez | $3,500,000.00 | | $1,185,800.00 | $4,685,800.00 |
| Reynaldo Gonzalez | $3,500,000.00 | | $1,185,800.00 | $4,685,800.00 |
| José Hernandez | $2,500,000.00 | | $847,000.00 | $3,347,000.00 |
| Anne Cameron Cain | $13,000,000.00 | | $4,245,800.00 | $17,245,800.00 |
| Estate of Alexander Pinczowski | $1,000,000.00 | | $326,680.00 | $1,326,680.00 |
| James Cain | $2,500,000.00 | | $816,500.00 | $3,316,500.00 |
| Helen Cain | $2,500,000.00 | | $816,500.00 | $3,316,500.00 |
| Caryn Orbach | $8,000,000.00 | | $2,388,000.00 | $10,388,000.00 |
| Uri Orbach | $8,000,000.00 | | $2,388,000.00 | $10,388,000.00 |
| Estate of Erez Orbach | $1,000,000.00 | $1,679,788.00 | $799,916.72 | $3,479,704.72 |
| Eitan Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Etamar Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Achinoam Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Alon Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| O.O. | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Eytan Rund | $3,000,000.00 | | $895,740.00 | $3,895,740.00 |
| Tamar Rund | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| S.A.R. | $2,500,000.00 | | $746,250.00 | $3,246,250.00 |
| Y.M.R. | $2,500,000.00 | | $746,450.00 | $3,246,450.00 |
| H.H.R. | $2,500,000.00 | | $746,250.00 | $3,246,250.00 |
| Ron Greenfield | $11,000,000.00 | $237,875.00 | $3,673,661.34 | $14,911,536.34 |
| Pnina Greenfield | $9,000,000.00 | | $2,942,100.00 | $11,942,100.00 |
| Lion Greenfield | $2,500,000.00 | | $817,250.00 | $3,317,250.00 |

| | | | | |
|---|---|---|---|---|
| Shere Greenfield | $2,500,000.00 | | $817,250.00 | $3,317,250.00 |
| Shye Greenfield | $2,500,000.00 | | $817,250.00 | $3,317,250.00 |
| Gili Greenfield | $3,500,000.00 | | $1,144,150.00 | $4,644,150.00 |
| Nitzhia Goldman | $14,000,000.00 | | $4,576,600.00 | $18,576,600.00 |
| Estate of Abvraham Goldman | $1,000,000.00 | | $326,900.00 | $1,326,900.00 |
| Yoseff Goldman | $6,000,000.00 | | $1,961,400.00 | $7,961,400.00 |
| Sharon Goldman | $6,000,000.00 | | $1,961,400.00 | $7,961,400.00 |
| Maya Goldman Cohen | $6,000,000.00 | | $1,961,400.00 | $7,961,400.00 |
| Nathan Goldman | $4,500,000.00 | | $1,471,050.00 | $5,971,050.00 |
| Gila Nissenbaum | $4,500,000.00 | | $1,471,050.00 | $5,971,050.00 |
| Estate of Tamar Choresh | $3,000,000.00 | | $980,700.00 | $3,980,700.00 |
| Israel Gorenzky | $3,000,000.00 | | $980,700.00 | $3,980,700.00 |
| | | | | |
| Totals: | $168,500,000 | $3,410,879 | $54,926,049.64 | $226,836,928.64 |