IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-230-BO

ANNE CAMERON CAIN-BAARBÉ, )
*individually and as the representative of the* )
ESTATE OF ALEXANDER PINCZOWSKI; )
JAMES PALMER CAIN; and HELEN )
REVELLE CAIN; )
)
RON GREENFIELD; PNINA GREENFIELD; )
LIRON SHALOM GREENFIELD; SHERE )
GREENFIELD; GILI GREENFIELD; and SHYE )
GREENFIELD; )
)
CARYN OR TSADOK ORBACH and URI )
ORBACH, *individually and as the representatives* )
*of the* ESTATE OF EREZ ORBACH *and on* )
*behalf of their minor children* A.O., E.O., and )
O.O.; EITAN ORBACH; and ALON ORBACH; )
)
EYTAN YAIR RUND and TAMAR BRACHA )
RUND, *individually and on behalf of their minor* )
*children* S.A.R., H.H.R., and Y.M.R.; )
)
NITZACHYA GOLDMAN, *individually and as* )
*the representative of the* ESTATE OF )
AVRAHAM GOLDMAN; GILA )
NISSENBAUM; NATAN GOLDMAN; MAYA )
GOLDMAN COHEN; SHARON GOLDMAN )
NAJMAN; YOSEF GOLDMAN; ISRAEL )
GORENZKY; and TAMAR CHORESH; )
)
BEATRIZ GONZALEZ, *individually and as the* )
*representative of the* ESTATE OF NOHEMI )
GONZALEZ; JOSE HERNANDEZ; REY )
GONZALEZ; and PAUL GONZALEZ, )
)
                Plaintiffs, )
)
                v. )
)
THE SYRIAN ARAB REPUBLIC, )
)
                Defendant. )

## ORDER and DEFAULT JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion entered 28 June 2023, it is hereby **ORDERED** that judgment is entered in favor of the Plaintiffs identified in Exhibit A and against the Defendant in the total amount of $226,836,928.64 for compensatory damages, and that each such Plaintiff is entitled to the damages listed in Exhibit A.

It is further **ORDERED** that, in addition to the compensatory damages listed in Exhibit A, the Plaintiffs identified in Exhibit A are entitled to an award of punitive damages in the amount of $900,000,000 to be apportioned in the amount of $150,000,000 per family.

This case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Dated: June 28, 2023.

Terrence W. Boyle
United States District Judge



EXHIBIT A

| Plaintiff | Pain & Suffering; Emotional & Psychological Distress; Solatium | Economic Loss | Prejudgment Interest | Total with Prejudgment Interest |
|---|---|---|---|---|
| Beatriz Gonzalez | $7,500,000.00 | | $2,541,000.00 | $10,041,000.00 |
| Estate of Nohemi Gonzalez | $2,000,000.00 | $1,493,216.00 | $1,183,501.58 | $4,676,717.58 |
| Paul Gonzalez | $3,500,000.00 | | $1,185,800.00 | $4,685,800.00 |
| Reynaldo Gonzalez | $3,500,000.00 | | $1,185,800.00 | $4,685,800.00 |
| José Hernandez | $2,500,000.00 | | $847,000.00 | $3,347,000.00 |
| Anne Cameron Cain | $13,000,000.00 | | $4,245,800.00 | $17,245,800.00 |
| Estate of Alexander Pinczowski | $1,000,000.00 | | $326,680.00 | $1,326,680.00 |
| James Cain | $2,500,000.00 | | $816,500.00 | $3,316,500.00 |
| Helen Cain | $2,500,000.00 | | $816,500.00 | $3,316,500.00 |
| Caryn Orbach | $8,000,000.00 | | $2,388,000.00 | $10,388,000.00 |
| Uri Orbach | $8,000,000.00 | | $2,388,000.00 | $10,388,000.00 |
| Estate of Erez Orbach | $1,000,000.00 | $1,679,788.00 | $799,916.72 | $3,479,704.72 |
| Eitan Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Etamar Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Achinoam Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Alon Orbach | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| O.O. | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| Eytan Rund | $3,000,000.00 | | $895,740.00 | $3,895,740.00 |
| Tamar Rund | $4,000,000.00 | | $1,194,000.00 | $5,194,000.00 |
| S.A.R. | $2,500,000.00 | | $746,250.00 | $3,246,250.00 |
| Y.M.R. | $2,500,000.00 | | $746,450.00 | $3,246,450.00 |
| H.H.R. | $2,500,000.00 | | $746,250.00 | $3,246,250.00 |
| Ron Greenfield | $11,000,000.00 | $237,875.00 | $3,673,661.34 | $14,911,536.34 |
| Pnina Greenfield | $9,000,000.00 | | $2,942,100.00 | $11,942,100.00 |
| Lion Greenfield | $2,500,000.00 | | $817,250.00 | $3,317,250.00 |

| Shere Greenfield | $2,500,000.00 | | $817,250.00 | $3,317,250.00 |
|---|---|---|---|---|
| Shye Greenfield | $2,500,000.00 | | $817,250.00 | $3,317,250.00 |
| Gili Greenfield | $3,500,000.00 | | $1,144,150.00 | $4,644,150.00 |
| Nitzhia Goldman | $14,000,000.00 | | $4,576,600.00 | $18,576,600.00 |
| Estate of Abvraham Goldman | $1,000,000.00 | | $326,900.00 | $1,326,900.00 |
| Yoseff Goldman | $6,000,000.00 | | $1,961,400.00 | $7,961,400.00 |
| Sharon Goldman | $6,000,000.00 | | $1,961,400.00 | $7,961,400.00 |
| Maya Goldman Cohen | $6,000,000.00 | | $1,961,400.00 | $7,961,400.00 |
| Nathan Goldman | $4,500,000.00 | | $1,471,050.00 | $5,971,050.00 |
| Gila Nissenbaum | $4,500,000.00 | | $1,471,050.00 | $5,971,050.00 |
| Estate of Tamar Choresh | $3,000,000.00 | | $980,700.00 | $3,980,700.00 |
| Israel Gorenzky | $3,000,000.00 | | $980,700.00 | $3,980,700.00 |
| | | | | |
| Totals: | $168,500,000 | $3,410,879 | $54,926,049.64 | $226,836,928.64 |