IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-230-BO

| | |
|---|---|
| CAMERON CAIN-BAARBE, individually and as the representative of the ESTATE OF ALEXANDER PINCZOWSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE SYRIAN ARAB REPUBLIC,<br><br>Defendant. | **ORDER** |

This matter is before the Court on the Motion to Reconsider [DE-131] filed by plaintiffs. Therein, plaintiffs request the court to revise its August 16, 2023 Order [DE-130] granting plaintiffs' request that the clerk dispatch for mailing a copy of the default judgment to defendant pursuant to 28 U.S.C. § 1608(a)(3). In that Order, the Court directed plaintiffs to mail or hand-deliver specified items to the clerk so that the clerk could dispatch a copy of the default judgment via DHL international shipping.

Plaintiffs state that DHL is no longer delivering mail to Syria and request that Court enter an order directing service of the default judgment on defendant via certified or registered mail, return receipt requested. For good cause shown, the motion [DE-131] is GRANTED, and the clerk is directed to dispatch the documents required by § 1608(a)(3) to the head of the ministry of foreign affairs of the Syrian Arab Republic. To effectuate this, plaintiffs are directed to deliver to the clerk the following:

(1) one copy of the filed default judgment [DE-128];

(2) a translation of the default judgment into the official language of the Syrian Arab Republic;

(3) the appropriate United States Postal Service ("USPS") mailing/shipping labels for international mailing, return receipt requested, addressed to defendant, in the manner preferred by the USPS, with the case number on the label and the clerk's office address for the return receipt:

United States District Court for the Eastern District of North Carolin
P.O. Box 25670
Raleigh, NC 27611; and

(4) any additional documents required by the USPS for international mailing to Syria.

Upon receipt of the documents, the clerk will confirm that the required documents are included and that the clerk's office address is listed as "From" or "Sender" on the international registered mail/shipment label, the clerk will seal the envelope and hand it to the representative of plaintiffs, who must take the envelope to a U.S. Post Office for mailing. Plaintiffs shall then file an affidavit attesting to the delivery of the envelope to USPS for mailing and attach the USPS receipt.

SO ORDERED, this the 9 day of November, 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
Chief United States District Judge