IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-230-BO

CAMERON CAIN-BAARBÉ, *individually and as the representative of the* ESTATE OF ALEXANDER PINCZOWSKI; JAMES PALMER CAIN; and HELEN REVELLE CAIN;

RON GREENFIELD; PNINA GREENFIELD; LIRON SHALOM GREENFIELD; SHERE GREENFIELD; GILI GREENFIELD; and SHYE GREENFIELD;

CARYN OR TSADOK ORBACH and URI ORBACH, *individually and as the representatives of the* ESTATE OF EREZ ORBACH *and on behalf of their minor children* A.O., E.O., and O.O.; EITAN ORBACH; and ALON ORBACH;

EYTAN YAIR RUND and TAMAR BRACHA RUND, *individually and on behalf of their minor children* S.A.R., H.H.R., and Y.M.R.;

NITZACHYA GOLDMAN, *individually and as the representative of the* ESTATE OF AVRAHAM GOLDMAN; GILA NISSENBAUM; NATAN GOLDMAN; MAYA GOLDMAN COHEN; SHARON GOLDMAN NAJMAN; YOSEF GOLDMAN; ISRAEL GORENZKY; and TAMAR CHORESH;

BEATRIZ GONZALEZ, *individually and as the representative of the* ESTATE OF NOHEMI GONZALEZ; JOSE HERNANDEZ; REY GONZALEZ; and PAUL GONZALEZ,

     Plaintiffs,

     v.

THE SYRIAN ARAB REPUBLIC,

     Defendant.

## ORDER

Upon review of Plaintiffs' Motion for Entry of an Order Pursuant to 28 U.S.C. § 1610(c) regarding Defendant The Syrian Arab Republic, the Motion is granted, and the Court hereby orders as follows:

1. A reasonable period of time has elapsed since the Court's entry of the June 28, 2023, Final Judgment (ECF 128) and receipt of notice of that Judgment by the Defendant The Syrian Arab Republic, under 28 U.S.C. § 1610(c);

2. Plaintiffs may enforce the Final Judgment with respect to Defendant Syrian Arab Republic.

SO ORDERED this the 21 day of July, 2025.

Hon. TERRENCE W. BOYLE
United States District Judge